IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 16-31922 |
| **HYDROCARB ENERGY CORP.** | § | |
| | § | Chapter 11 |
| Debtor, | § | |
| _____ | § | _____ |
| | § | |
| **GALVESTON BAY ENERGY, LLC** | § | Case No. 16-31923 |
| | § | |
| Debtor. | § | Chapter 11 |
| _____ | § | _____ |
| | § | **Joint Administration Pending** |

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST CLAIMS

The following is the consolidated list ("List") of the Debtors' creditors holding the 30 largest claims. The List is prepared in accordance with FED. R. BANKR. P. 1007 for filing in these chapter 11 cases. The List was prepared, on a consolidated basis, from the Debtors' books and records. The undersigned hereby certifies that the List contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on review of the Debtors' books and records, and is consistent with the information contained therein. The List does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Peninsula Marine Inc Total PO Box 501 Port Bolivar, TX 77650-0501 | | | | | | $646,680.00 |
| Wyatt Energy 3355 West Alabama Street Houston, TX 77098 | | | | | | $512,794.76 |
| Newpark Drilling Fluids, LLC Total P.O. Box 973167 Dallas, TX 75397-3167 | | | | | | $435,011.82 |
| Premium Assignment Corporation P.O. Box 8800 Tallahassee, FL 32314-8000 | | | | | | $355,665.25 |
| JSJ Investments Inc. 6060 N. Central Expressway #500 Dallas, TX 75206 | | | | | | $350,000.00 |
| Duma Holdings 3602 Aspenwood Drive Richmond, TX 77406 | | | | | | $350,000.00 |
| Christian Smith & Jewel 2302 Fannin, Suite 500 Houston, TX 77002 | | | | | | $242,784.00 |
| Archrock Services, L.P. P.O. Box 201160 Dallas, TX 75320-1160 | | | | | | $229,024.04 |
| Union Capital | Yakov | | | | | $208,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 525 Norton Parkway, Newhaven CT, 06511 | Bornstein | | | | | |
| Adar Bays LLC Attn: Sarah Eisenberg, Man 3411 Indian Creek Drive Suite 403 Maimi Beach, FL 33140 | | | | | | $208,000.00 |
| Darling Capital LLC 767 3RD Ave., Ste. 25-1A, New York, NY 10017 | | | | | | $200,000.00 |
| Robert Klinek and Susan Pack JTWROS P. O. Box 157 Rancho Santa Fe, CA 92067 | | | | | | $200,000.00 |
| Sean M. Crowley Trust Box 373 Rancho Santa Fe, CA 92067 | | | | | | $150,000.00 |
| Moncla Marine Operations, LLC Total P.O. Box 53408 Lafayette, LA 70505 | | | | | | $138,567.58 |
| 3MB Services, LLC Total 262 C.R. 2254 Cleveland, TX 77327 | | | | | | $115,403.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Robert Klinek and Susan Packs JTWROS P.O. Box 157 Rancho Santa Fe, CA 92067 | | | | | | $100,000.00 |
| Chambers County Assessor Collector Collector Denise Hutter P O Box 519 Anahuac, TX 77514-0519 | | | | | | $94,609.24 |
| Christian Smith & Jewel Accounts Payable 2302 Fannin, Suite 500 Houston, TX 77002 | | | | | | $94,600.00 |
| David & Ginger Levy Trust P. O. Box 9827 Rancho Santa Fe, CA 92067 | | | | | | $90,000.00 |
| Barbers Hill ISD Property Tax P.O. Box 1108, 9600 Eagle Dr., Mont Belview, TX, 77580 | | | | | | $86,320.83 |
| Deming PLLC 251 North Rose St. Suite 200 Kalamazoo, MI 49007 | Stuart H. Deming | | | | | $86,195.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Christian Smith & Jewel 2302 Fannin Suite 500 Houston, TX 77002 | | | | | | $83,000.00 |
| Calliou Island Towing Company PO Drawer 2568 Houma, LA 70361 | | | | | | $78,761.56 |
| Oilfield Instrumentation P.O. Box 51902 Lafayette, LA 70505-1902 | | | | | | $78,278.92 |
| Jay B Fishman 16555 Woods Valley Rd. Valley Center, CA, 92082 | | | | | | $75,000.00 |
| Robert Bernard Kahn Trust 8820 Canyon Springs Drive Las Vegas, NV 89117 | | | | | | $75,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David and Ginger Levy Trust P. O. Box 9827 Rancho Santa Fe, CA 92067 | | | | | | $60,000.00 |
| ChemStar Energy Services P.O. Box 3334 Pineville, LA 71361-3334 | | | | | | $58,384.13 |
| Linc Gulf Coast Petroleum 1000 Louisiana Street Suite 1500 Houston, TX 77002 | | | | | | $50,084.10 |
| Farid Barkhordar 52542 Amigo Ave. Tarzana, CA 91356-4112 | | | | | | $50,000.00 |

Dated:  April 14, 2016

**HYDROCARB ENERGY CORP.**


By: */s/ Kent Watts*_____
Name: Kent Watts
Title: Chief Executive Officer