IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/15/2016

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 16-31922 |
| **HYDROCARB ENERGY CORP.** | § | |
| | § | Chapter 11 |
| Debtors.[1] | § | Jointly Administered |

### INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND (II) SCHEDULING CONTINUED HEARING

For the reasons stated on the record, the Court orders:

1. Except as provided herein or expressly granted on the record, the hearing on Debtors' First Day Motions[2] is continued until Monday, April 25, 2016 at 9:30 a.m.

2. The Debtors are authorized, on an interim basis, to spend cash collateral in order to pay pre-petition wages of Debtors' employees for the pay period ending April 8, 2016 in the amount of $21,939.12 plus applicable withholdings. For the avoidance of the doubt, the Debtors are not authorized to pay the pre-petition salaries of Kent Watts or Andrew Lai.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Hydrocarb Energy Corp. (0930); Galveston Bay Energy, LLC (0569).

[2] The remaining First Day Motions include Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral of Existing Secured Lenders Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection for the Use Thereof; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 as to Use of Cash Collateral [ECF # 7]; Debtors' Emergency Motion for Authority to Implement Certain Notice Procedures [ECF # 9]; and Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 507(a)(4) Authorizing the Debtors to Pay Prepetition Wages to Active Employees [ECF # 10].

3. The relief granted in paragraph 2 herein is granted on an interim basis only and without prejudice to the rights and/or objections of the Senior Secured Lenders or any other party-in-interest.

Signed: April 15, 2016.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**APPROVED AS TO FORM AND CONTENT:**

**OKIN & ADAMS LLP**

By: */s/ David L. Curry, Jr.*
Christopher Adams
Texas Bar No. 24009857
Email: cadams@okinadams.com
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
David L. Curry, Jr.
State Bar No. 24065107
Email: dcurry@okinadams.com
John Thomas Oldham
Texas Bar No. 24075429
Email: joldham@okinadams.com
1113 Vine St. Suite 201
Houston, TX 77002
Tel: (713) 228-4100
Fax: (888) 865-2118

**PROPOSED COUNSEL FOR**
**HYDROCARB ENERGY CORPORATION AND**
**GALVESTON BAY ENERGY, LLC**

**-and-**

**DIAMOND MCCARTHY, LLP**

*/s/ Kyung S. Lee*
Kyung S. Lee
State Bar No. 12128400
William Hotze
State Bar No. 24087754
**DIAMOND MCCARTHY, LLP**
909 Fannin Street, 15th Floor
Two Houston Center
Houston, Texas 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5195

**COUNSEL TO SHADOW TREE CAPITAL MANAGEMENT LLC, AS AGENT, SHADOW TREE FUNDING VEHICLE A-HYDROCARB LLC AND QUINTIUM PRIVATE OPPORTUNITIES FUND, LP, SENIOR SECURED LENDERS**