IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | (Chapter 11) |
| § | | |
| HYDROCARB ENERGY CORPORATION, § | | Case No. 16-31922 |
| § | | |
| GALVESTON BAY ENERGY, LLC § | | Case No. 16-31923 |
| § | | |
| Debtors § | | Joint Administration Pending |

### STIPULATION OF FACTS

TO THE HONORABLE U.S. BANKRUPTCY COURT JUDGE:

Archrock Partners Operating, L.L.C. ("Archrock"), Shadow Tree Capital Management, LLC, as agent for the prepetition lenders (the "Lenders"), and the debtors in possession including Galveston Bay Energy, LLC ("GBE"), through their undersigned counsel, stipulate to the following facts:

1.  Archrock furnishes compression services and equipment under contract(s) with GBE in connection with oil and gas operations conducted by the Debtors on the following oil and gas leases in Chambers and Galveston County, Texas:

    **Lease**: C Lease (Chambers County)
    **Lease**: A Lease (Chambers County)
    **Lease**: Cedar Point Production Facility (Chambers County)
    **Lease**: F Lease (Chambers County)
    **Lease**: North Point Bolivar (Galveston County)

2.  The unpaid monthly service fee invoices as of April 30, 2016 are accurately described in Exhibit "A" attached hereto. Service fees continue to accrue at $57,256.01 monthly on the five Archrock compression units utilized by GBE.

3.  The Archrock compression services commenced on the following oil and gas leases prior to August 15, 2014, and such services have been continuously provided by Archrock on such leases:

    **Lease**: C Lease (Chambers County)
    **Lease**: A Lease (Chambers County)
    **Lease**: F Lease (Chambers County)
    **Lease**: North Point Bolivar (Galveston County)

4.  This Stipulation of Facts is not intended to waive, affect, abridge or in any way

impair the Lenders' rights to argue in any subsequent court proceedings to the allowability of the the amounts set out in ¶ 2 hereof and that the claims and liens of the Lenders have priority over the claims and liens of Archrock. All such rights of Lenders and Archrock are reserved.

Respectfully submitted,

  /s/ Kevin M. Maraist
Kevin M. Maraist
State Bar No. 12962020

ANDERSON, LEHRMAN, BARRE & MARAIST, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas  78404
(361) 884-4981
(361) 884-1286 Fax

COUNSEL FOR ARCHROCK PARTNERS OPERATING, LLC


  /s/ David Curry
David Curry
State Bar No. 24065107
Okin, Adams, Kilmer, LLP
1113 Vine St., Ste. 201
Houston, TX 77002

COUNSEL FOR THE DEBTORS


  /s/ Kyung S. Lee
Kyung S. Lee
State Bar No. 12128400
Diamond McCarthy, LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, TX 77010

COUNSEL TO SHADOW TREE CAPITAL MANAGEMENT LLC, AS AGENT, SHADOW TREE FUNDING VEHICLE A-HYDROCARB LLC AND QUINTIUM PRIVATE OPPORTUNITIES FUND, LP, LENDERS

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on April 29, 2016.

                                                    */s/ Kevin M. Maraist*
                                                  Kevin M. Maraist

AGING 67060 GALVESTON BAY ENERGY LLC 04.15.16.xlsx

| CUST # | CUSTOMER NAME | UNIT # | LEASE NAME | COUNTY | STATE | INVOICE # | INV DATE | BILL FROM DATE | BILL TO DATE | DUE DATE | INVOICE TYPE | TAX BAL | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67060 | GALVESTON BAY ENERGY LLC | 4E+05 | A LEASE | CHAMBERS | TX | 41311287 | 1-Jan-16 | 1/1/2016 | 1/31/2016 | 31-Jan-16 | MLP 2008 CV Inv-OKS | $ - | $ 9,462.03 |
| 67060 | GALVESTON BAY ENERGY LLC | 4E+05 | A LEASE | CHAMBERS | TX | 41319639 | 1-Feb-16 | 2/1/2016 | 2/29/2016 | 2-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 9,462.03 |
| 67060 | GALVESTON BAY ENERGY LLC | 4E+05 | A LEASE | CHAMBERS | TX | 41330551 | 1-Mar-16 | 3/1/2016 | 3/31/2016 | 31-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 9,462.03 |
| 67060 | GALVESTON BAY ENERGY LLC | 4E+05 | A LEASE | CHAMBERS | TX | 41337105 | 1-Apr-16 | 4/1/2016 | 4/30/2016 | 1-May-16 | MLP 2008 CV Inv-OKS | $ - | $ 9,462.03 |
| | | | A LEASE Total | | | | | | | | | $ - | $ 37,848.12 |
| 67060 | GALVESTON BAY ENERGY LLC | 74844 | C LEASE | CHAMBERS | TX | 41310945 | 1-Jan-16 | 1/1/2016 | 1/31/2016 | 31-Jan-16 | MLP 2008 CV Inv-OKS | $ - | $ 12,287.23 |
| 67060 | GALVESTON BAY ENERGY LLC | 74844 | C LEASE | CHAMBERS | TX | 41320296 | 1-Feb-16 | 2/1/2016 | 2/29/2016 | 2-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 12,287.23 |
| 67060 | GALVESTON BAY ENERGY LLC | 74844 | C LEASE | CHAMBERS | TX | 41326356 | 1-Mar-16 | 3/1/2016 | 3/31/2016 | 31-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 12,287.23 |
| 67060 | GALVESTON BAY ENERGY LLC | 74844 | C LEASE | CHAMBERS | TX | 41334186 | 1-Apr-16 | 4/1/2016 | 4/30/2016 | 1-May-16 | MLP 2008 CV Inv-OKS | $ - | $ 12,287.23 |
| | | | C LEASE Total | | | | | | | | | $ - | $ 49,148.92 |
| 67060 | GALVESTON BAY ENERGY LLC | 76385 | CEDAR POINT PRODUCTION FACILITY | CHAMBERS | TX | 41316056 | 1-Jan-16 | 1/1/2016 | 1/31/2016 | 31-Jan-16 | MLP 2008 CV Inv-OKS | $ - | $ 6,649.00 |
| 67060 | GALVESTON BAY ENERGY LLC | 76385 | CEDAR POINT PRODUCTION FACILITY | CHAMBERS | TX | 41323486 | 1-Feb-16 | 2/1/2016 | 2/29/2016 | 2-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 6,649.00 |
| 67060 | GALVESTON BAY ENERGY LLC | 76385 | CEDAR POINT PRODUCTION FACILITY | CHAMBERS | TX | 41325487 | 1-Mar-16 | 3/1/2016 | 3/31/2016 | 31-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 6,649.00 |
| 67060 | GALVESTON BAY ENERGY LLC | 76385 | CEDAR POINT PRODUCTION FACILITY | CHAMBERS | TX | 41337917 | 1-Apr-16 | 4/1/2016 | 4/30/2016 | 1-May-16 | MLP 2008 CV Inv-OKS | $ - | $ 6,649.00 |
| | | | CEDAR POINT PRODUCTION FACILITY Total | | | | | | | | | $ - | $ 26,596.00 |
| 67060 | GALVESTON BAY ENERGY LLC | 3E+05 | F LEASE | CHAMBERS | TX | 41310740 | 1-Jan-16 | 1/1/2016 | 1/31/2016 | 31-Jan-16 | MLP 2008 CV Inv-OKS | $ - | $ 20,418.87 |
| 67060 | GALVESTON BAY ENERGY LLC | 3E+05 | F LEASE | CHAMBERS | TX | 41318834 | 1-Feb-16 | 2/1/2016 | 2/29/2016 | 2-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 20,418.87 |
| 67060 | GALVESTON BAY ENERGY LLC | 3E+05 | F LEASE | CHAMBERS | TX | 41328872 | 1-Mar-16 | 3/1/2016 | 3/31/2016 | 31-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 20,418.87 |
| 67060 | GALVESTON BAY ENERGY LLC | 3E+05 | F LEASE | CHAMBERS | TX | 41333515 | 1-Apr-16 | 4/1/2016 | 4/30/2016 | 1-May-16 | MLP 2008 CV Inv-OKS | $ - | $ 20,418.87 |
| | | | F LEASE Total | | | | | | | | | $ - | $ 81,675.48 |
| 67060 | GALVESTON BAY ENERGY LLC | 73410 | NORTH POINT BOLIVAR | GALVESTON | TX | 41311293 | 1-Jan-16 | 1/1/2016 | 1/31/2016 | 31-Jan-16 | MLP 2008 CV Inv-OKS | $ - | $ 8,438.88 |
| 67060 | GALVESTON BAY ENERGY LLC | 73410 | NORTH POINT BOLIVAR | GALVESTON | TX | 41318660 | 1-Feb-16 | 2/1/2016 | 2/29/2016 | 2-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 8,438.88 |
| 67060 | GALVESTON BAY ENERGY LLC | 73410 | NORTH POINT BOLIVAR | GALVESTON | TX | 41330555 | 1-Mar-16 | 3/1/2016 | 3/31/2016 | 31-Mar-16 | MLP 2008 CV Inv-OKS | $ - | $ 8,438.88 |
| 67060 | GALVESTON BAY ENERGY LLC | 73410 | NORTH POINT BOLIVAR | GALVESTON | TX | 41334187 | 1-Apr-16 | 4/1/2016 | 4/30/2016 | 1-May-16 | MLP 2008 CV Inv-OKS | $ - | $ 8,438.88 |
| | | | NORTH POINT BOLIVAR Total | | | | | | | | | $ - | $ 33,755.52 |
| | | | Grand Total | | | | | | | | | $ - | $ 229,024.04 |


EXHIBIT A