| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GALVESTON BAY ENERGY, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 16-31922 |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **3MB Services, LLC**<br>262 CR 2254<br>Cleveland, TX 77327<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **B001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | $115,403.00 |
| 3.2 | **Archer Wireline LLC Accounting & Adminis**<br>6000 Wester Place, Ste. 375<br>Fort Worth, TX 76107<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **W001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | $22,672.89 |
| 3.3 | **Archrock Services, L.P.**<br>P.O. Box 201160<br>Dallas, TX 75320-1160<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **T001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | $229,024.04 |
| 3.4 | **Barbers Hill I S D**<br>P O Box 1108<br>9600 Eagle Drive<br>Mont Belvieu, TX 77580<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **R004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | $86,320.83 |

Debtor **Galveston Bay Energy, LLC**     Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Baumann Marine Service, Inc.**<br>**2311 S/Sgt. Macario Garcia Dr.**<br>**Houston, TX 77011** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,379.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  U001 | **Basis for the claim:** __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Bluewing Teal, LLC**<br>**1819 St. James Place**<br>**Houston, TX 77056** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52,287.83 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**C & L Vacuum Service LLC**<br>**PO Box 428**<br>**Daisetta, TX 77533-0428** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,027.77 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  V002 | **Basis for the claim:** __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Cactus Pipe & Supply, LLC**<br>**One Greenway Plaza**<br>**Suite 325**<br>**Houston, TX 77046** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,798.45 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  C001 | **Basis for the claim:** __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Caillou Island Towing Co., Inc.**<br>**PO Drawer 2568**<br>**Houma, LA 70361** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78,761.56 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  I001 | **Basis for the claim:** __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Cameron International Corporation**<br>**P.O. Box 731412**<br>**Dallas, TX 75373-1412** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,361.72 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  M002 | **Basis for the claim:** __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Cetco Energy Services**<br>**2209 US HWY 77**<br>**Robstown, TX 78380** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,127.12 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  S002 | **Basis for the claim:** __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Chambers County Tax Assessor Collector Denise Hutter**<br>**P O Box 519**<br>**Anahuac, TX 77514-0519** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94,609.24 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  A006 | **Basis for the claim:** __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |

Debtor **Galveston Bay Energy, LLC**　　　　　　　　　　　Case number (if known)
　　　　Name

| | | |
|---|---|---:|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Charles L. Wolfe & Associates**<br>**2901 S. First Street**<br>**Abilene, TX 79605-1813** | $1,547.25 |
| | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  WOLFEPAK** | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**ChemStar Energy Services, LLC**<br>**P.O. Box 3334**<br>**Pineville, LA 71361-3334** | $76,730.62 |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  S001** | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**City of Baytown**<br>**201 East Wye Drive**<br>**Baytown, TX 77521** | $2,575.00 |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  B001** | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Coastal Flow Inc**<br>**P O Box 58965**<br>**Houston, TX 77258-8965** | $9,556.17 |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  A005** | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Cooper Electric Inc**<br>**7908 FM 1008**<br>**Dayton, TX 77535** | $16,774.22 |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  O006** | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**COPY DOCTOR**<br>**482 W. Arrow Highway**<br>**Suite A**<br>**San Dimas, CA 91773** | $349.80 |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  P001** | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Core-Tech Wire Line Svcs LLC c/o Midsout**<br>**P.O. Box 3307**<br>**Lafayette, LA 70502** | $36,755.00 |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  R002** | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Culberson Construction, Inc.**<br>**P.O. Box 1379**<br>**Granbury, TX 76048** | $11,069.82 |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  I001** | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No  ☐ Yes |

| Debtor | **Galveston Bay Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Delta Seaboard, LLC**<br>**1212 W. Sam Houston Pkwy N.**<br>**Houston, TX 77043** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,205.54 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  __L002__ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DHI Group, Inc. Rigzone.com**<br>**4939 Collections Center Drive**<br>**Chicago, IL 60693** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  __Z001__ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Direct Oilfield Service Leslie N Flory**<br>**PO Box 15**<br>**Giddings, TX 78942** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,173.60 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  __R001__ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Duke Trucking LLC C/O Integrity Factorin**<br>**Dept. 355/P.O. Box 30015**<br>**Salt Lake City, UT 84130** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,620.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  __K001__ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Ellington & Associates, Inc. Petroleum E**<br>**1414 Lumpkin Road**<br>**Houston, TX 77043** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,107.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  __I001__ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Fastorq, LLC**<br>**Dept. 2206**<br>**P.O. Box 122206**<br>**Dallas, TX 75312-2206** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,503.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  __S001__ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Francis Drilling Fluids Ltd**<br>**PO Box 677438**<br>**Dallas, TX 75267-7438** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,863.88 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  __A006__ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Francis Torque Services, LLC**<br>**P.O. Box 1830**<br>**Covington, LA 70434** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,960.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  __A002__ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor **Galveston Bay Energy, LLC**  
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Frank's International, LLC Dept. 840**<br>**P.O. Box 4346**<br>**Houston, TX 77210-4346** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,884.15 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  A001 | Basis for the claim: __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Galveston County Tax Office**<br>**Attn: Cheryl E Joh**<br>**PO BOX 1169**<br>**Galveston, TX 77553** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,168.68 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  L005 | Basis for the claim: __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Goose Creek C I S D**<br>**Tax Assessor - Collector**<br>**P O Box 2805 - 4544 I-10 East**<br>**Baytown, TX 77521-2805** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,774.73 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  O001 | Basis for the claim: __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Greenberg Traurig, LLP Attorneys at Law**<br>**1000 Louisiana Street**<br>**Suite 1700**<br>**Houston, TX 77002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,167.98 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  T001 | Basis for the claim: __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Greene's Energy Group**<br>**P.O. Box 676263**<br>**Dallas, TX 75267-6263** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,823.85 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  E001 | Basis for the claim: __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Gulf Coast Chemical, LLC**<br>**P.O. Box 919161**<br>**Dallas, TX 75391-9161** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,958.32 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  C001 | Basis for the claim: __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Gulf Coast Crane Services**<br>**16955 Katy Hockley Road**<br>**Hockley, TX 77447** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,212.50 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  C002 | Basis for the claim: __<br>Is the claim subject to offset?  ☑ No   ☐ Yes | |

Debtor **Galveston Bay Energy, LLC**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Gulf Stream Services, Inc.**<br>**Dept. 3254**<br>**P.O. Box 123254**<br>**Dallas, TX 75312-3254**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **I001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $6,435.03 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Harris Cnty Tax Assessor - Col Mike Sull**<br>**1001 Preston**<br>**PO Box 4089**<br>**Houston, TX 77210-4089**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **R001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $2,374.05 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Hewtex Oil & Gas**<br>**11222 Richmond Ave.**<br>**Suite 190**<br>**Houston, TX 77082**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $52,287.83 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Home Depot Credit Services**<br>**Dept. 32- 2536615499**<br>**P.O. Box 183176**<br>**Columbus, OH 43218-3176**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **M001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $350.24 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Hotchkiss Disposal Service**<br>**PO Box 2742**<br>**Baytown, TX 77522-2742**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **T001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $132.30 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Indmar Svc & Supply Corp**<br>**PO Box 37**<br>**Pearland, TX 77588-0037**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **D002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $3,382.18 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Integrated Pipe & Supply LLC**<br>**13604 HWY 69**<br>**Village Mills, TX 77663**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **S001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $23,703.80 |

| Debtor | **Galveston Bay Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**John J Hebert Dist, Inc.**<br>**PO Box 857**<br>**424 HWY 90**<br>**Liberty, TX 77575** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,705.67 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **H001** | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Just Energy 6164040**<br>**P.O. Box 650518**<br>**Dallas, TX 75265-0518** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16.10 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **S002** | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**KDR Supply Inc**<br>**P O Box 10130**<br>**Liberty, TX 77575-7630** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,592.83 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **R001** | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**KIMRAY Inc.**<br>**P.O. Box 248869**<br>**Oklahoma City, OK 73124** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,097.96 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **M002** | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Kinder Morgan Tejas Pipeline**<br>**Dept. 3015**<br>**PO Box 201607**<br>**Dallas, TX 75320-1607** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,122.51 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **N001** | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Linc Gulf Coast Petroleum, Inc.**<br>**1000 Louisiana Street**<br>**Suite 1500**<br>**Houston, TX 77002** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,084.10 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **C001** | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Lone Star Diving Services, Inc.**<br>**5321 Avenue F**<br>**Santa Fe, TX 77510** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,401.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **N001** | **Basis for the claim:** __<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor  **Galveston Bay Energy, LLC**                                Case number (if known)
                Name

| | | |
|---|---|---:|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Matador Environmental Services, LLC dba**<br>**Frost Bank**<br>**P. O. Box 610451**<br>**Dallas, TX 75261-0451**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **E003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $24,239.50 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**McMillan LLP**<br>**1055 W. Georgia St., Suite 1500**<br>**V6E 4N7**<br>**Vancouver, BC**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $31,398.06 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**MG&G Pump Company, Inc.**<br>**110 Herman Drive**<br>**Belle Chasse, LA 70037**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **G001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $5,163.00 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Moncla E-Line Services, Inc. Mid South B**<br>**P.O. Box 3307**<br>**Lafayette, LA 70502**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **E001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $72,333.65 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Moncla Marine Operations, LLC**<br>**P.O. Box 53408**<br>**Lafayette, LA 70505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **M001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $138,567.58 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Newpark Drilling Fluids, LLC**<br>**P.O. Box 973167**<br>**Dallas, TX 75397-3167**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **W001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $435,011.82 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**O'Reilly Automotive, Inc.**<br>**PO Box 9464**<br>**Springfield, MO 65801-9464**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **E001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $772.56 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Oil States Energy Services, LLC**<br>**PO Box 203567**<br>**Dallas, TX 75320-3567**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **L002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $10,324.87 |

Debtor **Galveston Bay Energy, LLC**  
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Oilfield Instrumentation**<br>P.O. Box 51902<br>Lafayette, LA 70505-1902 | $78,278.92 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **L001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Peninsula Marine Inc**<br>PO Box 501<br>Port Bolivar, TX 77650-0501 | $646,680.89 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **N003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Petrophysics, Inc.**<br>P.O. Box 863323<br>Plano, TX 75086 | $378.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **T004** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Precision Wireline Services, LLC**<br>P.O. Box 51371<br>Lafayette, LA 70505 | $74,196.53 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **S001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Premium Oilfield Services, LLC**<br>P.O. Box 203763<br>Dallas, TX 75320 | $21,651.23 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **S001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Pressure Control Specialists**<br>P.O. Box 80613<br>Lafayette, LA 70598 | $12,975.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **S001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Priority Energy Holdings, LLC dba Priori**<br>P.O. Box 54465<br>New Orleans, LA 70154-4465 | $8,048.40 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **I002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Pro-Gas Services, LLC**<br>5613 DTC Parkway<br>Suite 310<br>Greenwood Village, CO 80111 | $39,139.52 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **O005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

Debtor **Galveston Bay Energy, LLC**  
Name

Case number (if known)

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Progressive Diesel Red, Inc.**<br>**8311 Industrial Drive**<br>**Pearland, TX 77584**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **O004** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $11,667.43 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Railroad Commission of Texas**<br>**Attn:  Oil and Gas Division**<br>**PO Box 12967**<br>**Austin, TX 78711-2967**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **I001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $3,760.00 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Ralph E. Davis & Associates**<br>**1717 St. James Place**<br>**Suite 460**<br>**Houston, TX 77056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **V006** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $20,567.54 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Ramshorn Investments, Inc.**<br>**515 West Greens Road**<br>**Suite 1000**<br>**Houston, TX 77067-4525**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $147,964.78 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Ross B. Jordan dba Jordan Oilfield Servi**<br>**P.O. Box 286**<br>**Batson, TX 77519**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **R001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $12,000.00 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**S&S Operating Co., Inc**<br>**PO Box 1250**<br>**Winnie, TX 77665**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **S001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $5,431.18 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Scott, Douglas & McConnico, L.L.P. Attor**<br>**303 Colorado Street**<br>**Suite 2400**<br>**Austin, TX 78701**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **M001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $6,458.50 |

Debtor **Galveston Bay Energy, LLC**  
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**SLR International Corporation**<br>**22118 20th Avenue S.E.**<br>**Suite G-202**<br>**Bothell, WA 98021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **C001** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ✔ No  ☐ Yes | $5,770.31 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Smart Materials, Inc.**<br>**1404 Wallisville Road**<br>**Liberty, TX 77575**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **A002** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ✔ No  ☐ Yes | $14,103.27 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Smart Oilfield Services, Inc.**<br>**PO Box 3002**<br>**Liberty, TX 77575**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **A001** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ✔ No  ☐ Yes | $7,500.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Spring Branch ISD L.A. Payton, Tax Asses**<br>**P.O. Box 19037**<br>**Houston, TX 77224-9037**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **R001** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ✔ No  ☐ Yes | $1,665.10 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Stabil Drill Specialties, LLC Stabil Dri**<br>**Dept. 2162**<br>**P.O. Box 122162**<br>**Dallas, TX 75312-2162**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **A002** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ✔ No  ☐ Yes | $7,477.50 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Stokes & Spiehler Offshore, Inc.**<br>**PO Box 52006**<br>**Lafayette, LA 70505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **O001** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ✔ No  ☐ Yes | $11,233.92 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Streamline Production Systems Inc.**<br>**1447 Hwy. 69**<br>**Kountze, TX 77625**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **R003** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ✔ No  ☐ Yes | $19,836.99 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Sun Coast Resources, Inc.**<br>**P. O. Box 202603**<br>**Dallas, TX 75320**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **N001** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ✔ No  ☐ Yes | $9,456.73 |

Debtor **Galveston Bay Energy, LLC**  
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Superior Energy Services LLC**<br>Dept 2203<br>PO Box 122203<br>Dallas, TX 75312-2203<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **P001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Superior Vacuum Services, LLC**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | **$15,055.00** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**TCEQ**<br>P.O. Box 13089<br>Austin, TX 78711-3089<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **E002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | **$8,074.46** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Texas General Land Office**<br>**Petroleum and Minerals Division**<br>1700 North Congress<br>Austin, TX 78701<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | **$16,697.72** |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**THE HARTFORD**<br>P. O. Box 660916<br>Dallas, TX 75266<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **E001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | **$425.00** |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Trend Services Inc.**<br>P.O. Box 747<br>Broussard, LA 70518<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **I001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,822.19** |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Trinity Consultants**<br>PO Box 972047<br>Dallas, TX 75397<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **I201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | **$6,891.63** |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Trinity Tubing Testers, Inc.**<br>PO Box 581<br>Liberty, TX 77575<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **I001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes | **$4,679.37** |

| Debtor | **Galveston Bay Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Triple S Steel Supply, LLC**<br>**PO Box 21119**<br>**6000 Jensen Dr**<br>**Houston, TX 77226**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **I004** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ☑ No  ☐ Yes | $5,356.07 |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Twin Tank Co. Inc.**<br>**P.O. Box 1502**<br>**Stafford, TX 77497**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **I001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ☑ No  ☐ Yes | $9,047.02 |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**U.S. Coast Guard Civil Penalties**<br>**P.O. Box 531112**<br>**Atlanta, GA 30353-1112**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **C002** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ☑ No  ☐ Yes | $8,500.00 |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**UV Logistics LLC United Vision Logistics**<br>**P.O. Box 975357**<br>**Dallas, TX 75397-5357**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **I001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ☑ No  ☐ Yes | $15,389.05 |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Wapiti Energy, LLC**<br>**800 Gessner**<br>**Suite 700**<br>**Houston, TX 77024**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ☑ No  ☐ Yes | $47,939.39 |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Weatherford, U.S., L.P.**<br>**PO Box 301003**<br>**Chase Bank of Texas**<br>**Dallas, TX 75303-1003**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **A001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ☑ No  ☐ Yes | $18,127.57 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Worldwide Power Products**<br>**5711 Brittmoore**<br>**Houston, TX 77041**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **P001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ☑ No  ☐ Yes | $33,784.92 |

Debtor **Galveston Bay Energy, LLC**  Case number (if known)
      Name

| | | | |
|---|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>WR Production, LLC<br>7500 San Felipe Street<br>Suite 475<br>Houston, TX 77063 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $137.19 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  P001 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>Wyatt Energy<br>3355 West Alabama Street<br>Houston, TX 77098 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $512,794.96 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  S002 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,949,414.48 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c.  $ | 3,949,414.48 |