CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7
PETITION DATE: 4/13/2016 Converted 5/11/2016

UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF TEXAS
Houston DIVISION

## MONTHLY REPORT SUMMARY ***CHAPTER 7 REPORT*** AUGUST, 2016

| MONTH/ PERIOD ENDING | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | Conversion to Date |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | - | - | 68,555.35 | 158,037.44 | - | 226,592.79 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (153,907.00) | (358,413.67) | (305,681.00) | (166,845.07) | - | (984,846.74) |
| NET INCOME (LOSS) (MOR-6) | (159,529.66) | (365,540.14) | (445,814.58) | (254,568.17) | - | (1,225,452.55) |
| PAYMENTS TO INSIDERS (MOR-9) | 15,384.62 | 15,384.62 | 23,076.93 | 15,384.62 | - | 69,230.79 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS (MOR-8) | (23,176.28) | (28.20) | (6,718,379.66) | (53,838.23) | - | (6,795,422.37) |

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE                              EXP. DATE

| | | |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 2 - 16 - 2017 |
| LIABILITY | YES (X) NO ( ) | 2 - 16 - 2017 |
| VEHICLE | YES (X) NO ( ) | 2 - 16 - 2017 |
| WORKER'S | YES (X) NO ( ) | 2 - 16 - 2017 |
| OTHER | YES ( ) NO ( ) | |

Are all accounts receivable being collected within terms? __No__
Are all post-conversion liabilities, including taxes, being paid within terms? __No__
Have any pre-petition liabilities been paid? __No__
If so, describe

Are all funds received being deposited into Trustee's bank account? __Yes__
Were any assets disposed of outside the normal course of business? __No__
If so, describe

Are all U. S. Trustee Quarterly Fee Payments current? __N/A__
What is the status of your Plan of Reorganization? __Yes__
__Converted to Chapter 7 on 5/11/16__

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct based on information available to me.

SIGNED: _[signature]_
TITLE: BANKRUPTCY TRUSTEE

ATTORNEY NAME: Julie Mitchell Koenig
FIRM: Cooper & Scully, PC
ADDRESS: 815 Walker, Suite 1040
CITY, STATE, ZIP: Houston, Texas 77002
TELEPHONE: 713/236-6800

MOR-1

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

## COMPARATIVE BALANCE SHEETS

| See Notes | ASSETS | Petition Date 4/13/2016 | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 |
|---|---|---|---|---|---|---|---|
| | **CURRENT ASSETS** | See Note A | | | | | |
| | Cash | 6,756,086.51 | 6,772,149.67 | 6,772,200.28 | 53,858.18 | 19.95 | - |
| | Trade Accounts Receivable, Net | 717,377.52 | 650,414.92 | 652,588.21 | 654,162.06 | 656,483.82 | - |
| | Other Receivables, Net | - | - | - | - | - | - |
| | Prepaid Expenses | - | 28,794.45 | 28,303.70 | 27,812.95 | - | - |
| | Accrued Interest Income | - | 27,541.60 | 30,295.76 | 33,049.92 | 33,049.92 | - |
| | Deposits and Other Assets | - | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | - |
| | Purchaser Clearing | - | (107,445.93) | (107,445.93) | (36,638.53) | 83,057.50 | - |
| | **TOTAL CURRENT ASSETS** | 7,473,464.03 | 7,372,454.71 | 7,376,942.02 | 733,244.58 | 773,611.19 | - |
| | **PROPERTY, PLANT & EQUIPMENT** | | | | | | |
| | Capitalized Fees net of Amortization | - | 147,770.94 | 136,770.54 | 125,770.14 | 123,044.74 | - |
| | Net Unrecovered Capitalized Exploration | - | 12,599,071.26 | 12,611,904.85 | 12,585,676.53 | 12,540,357.80 | - |
| | Fixed Assets net of Accum Depreciation | 167,043.81 | 54,162.96 | 54,162.96 | 54,162.96 | 48,655.20 | - |
| | **NET BOOK VALUE OF PP&E** | 167,043.81 | 12,801,005.16 | 12,802,838.35 | 12,765,609.63 | 12,712,057.74 | - |
| | **OTHER ASSETS:** | | | | | | |
| | | - | - | - | - | - | - |
| | **TOTAL OTHER ASSETS** | - | - | - | - | - | - |
| | **TOTAL ASSETS** | 7,640,507.84 | 20,173,459.87 | 20,179,780.37 | 13,498,854.21 | 13,485,668.93 | - |

MOR-2   *PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.*

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

## COMPARATIVE BALANCE SHEETS

| See Notes | LIABILITIES | Petition Date 4/13/2016 | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 |
|---|---|---|---|---|---|---|---|
| | POST-PETITION LIABILITIES | See Note A | | | | | |
| | Pre-Conversion Liabilities | - | 58,302.28 | 58,261.98 | 58,216.22 | 52,574.98 | - |
| | Post-Conversion Liabilities | - | 82,177.51 | 101,677.46 | 152,811.82 | 226,086.75 | - |
| C | Payable to Hydrocarb Energy Corporation | - | 32,754.95 | 311,800.82 | 553,365.81 | 671,464.95 | - |
| | TOTAL POST-PETITION LIABILITIES | - | 173,234.74 | 471,740.26 | 764,393.85 | 950,126.68 | - |
| | PRE-PETITION LIABILITIES | | | | | | |
| | Notes Payable - Secured | 5,970,280.43 | 5,970,280.43 | 5,970,280.43 | - | - | - |
| | Priority Debt | - | - | - | - | - | - |
| | Unsecured Debt | 3,949,414.48 | 9,152,187.92 | 9,193,644.27 | 8,604,260.76 | 8,659,910.82 | - |
| | Debts to Insiders/Related Parties | - | 4,833,300.66 | 4,865,199.43 | 4,897,098.20 | 4,897,098.20 | - |
| | TOTAL PRE-PETITION LIABILITIES | 9,919,694.91 | 19,955,769.01 | 20,029,124.13 | 13,501,358.96 | 13,557,009.02 | - |
| | TOTAL LIABILITIES | 9,919,694.91 | 20,129,003.75 | 20,500,864.39 | 14,265,752.81 | 14,507,135.70 | - |
| | STOCKHOLDER'S EQUITY (DEFICIT) | | | | | | |
| | Common Stock | | - | - | - | - | - |
| | Paid-In Capital | | - | - | - | - | - |
| | Members' Equity | 9,900,000.00 | 9,900,000.00 | 9,900,000.00 | 9,900,000.00 | 9,900,000.00 | - |
| | Retained Earnings Through Filing Date | (12,179,187.07) | (9,404,663.79) | (9,404,663.79) | (9,404,663.79) | (9,404,663.79) | - |
| | Retained Earnings (Deficit): Post-Filing | - | (291,350.43) | (291,350.43) | (291,350.43) | (291,350.43) | - |
| | Retained Earnings: Post-Confirmation | - | (159,529.66) | (525,069.80) | (970,884.38) | (1,225,452.55) | - |
| | TOTAL OWNER'S EQUITY (DEFICIT) | (2,279,187.07) | 44,456.12 | (321,084.02) | (766,898.60) | (1,021,466.77) | - |
| | TOTAL LIABILITIES AND EQUITY | 7,640,507.84 | 20,173,459.87 | 20,179,780.37 | 13,498,854.21 | 13,485,668.93 | - |

MOR-3   *PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.*

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

## SCHEDULE OF POST-CONVERSION LIABILITIES

| See Notes | LIABILITIES | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 |
|---|---|---|---|---|---|---|
| | TRADE ACCOUNTS PAYABLE | 75,162.34 | 81,105.48 | 118,860.21 | 180,244.21 | - |
| | TAX PAYABLE | | | | | |
| | Federal Payroll Taxes (inc. withholding) | 6,975.49 | 20,467.82 | 33,797.85 | 45,586.50 | - |
| | State Payroll & Sales | 39.68 | 104.16 | 153.76 | 256.04 | - |
| | Ad Valorem Taxes | - | - | - | - | - |
| | Other: Federal Income Tax | - | - | - | - | - |
| | TOTAL TAXES PAYABLE | 7,015.17 | 20,571.98 | 33,951.61 | 45,842.54 | - |
| | OTHER POST-CONVERSION LIABILITIES | | | | | |
| | Secured Debt: Post-Conversion | - | - | - | - | - |
| | Accrued Interest Payable | - | - | - | - | - |
| | Professional Fees | - | - | - | - | - |
| | Other Accrued Liabilities: | | | | | |
| | 1) Sales Deposits | - | - | - | - | - |
| | 2) Payroll | - | - | - | - | - |
| | 3) Utilities & Other | - | - | - | - | - |
| | TOTAL OTHER POST-CONVERSION LIAB. | - | - | - | - | - |
| | TOTAL POST-CONVERSION LIABILITIES | 82,177.51 | 101,677.46 | 152,811.82 | 226,086.75 | - |

MOR-4   *PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.*

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

## POST-CONVERSION TRADE ACCOUNTS AND TAXES PAYABLE

| See Notes | DAYS | Trade Accounts | Sales Taxes | Payroll Taxes | Ad Valorem Taxes | Other Taxes | Other Professional Fees | Totals |
|---|---|---|---|---|---|---|---|---|
| | 0 - 30 Days | 100,069.43 | | 11,890.93 | - | - | - | 111,960.36 |
| | 31 - 60 Days | 76,098.38 | | 13,379.63 | - | - | - | 89,478.01 |
| | 61 - 90 Days | 2,254.22 | | 13,556.81 | - | - | - | 15,811.03 |
| | 91+ Days | 1,822.18 | | 7,015.17 | - | - | - | 8,837.35 |
| | TOTAL ACCOUNTS PAYABLE | 180,244.21 | - | 45,842.54 | - | - | - | 226,086.75 |

## AGING OF ACCOUNTS RECEIVABLE

| See Notes | DAYS | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 |
|---|---|---|---|---|---|---|
| | 0 - 30 Days | | | | | - |
| | 31 - 60 Days | | - | - | - | - |
| | 61 - 90 Days | | - | - | - | - |
| | 91+ Days | 728,447.44 | 730,620.73 | 732,194.58 | 734,516.34 | - |
| | Allowance for Doubtful Accounts | (78,032.52) | (78,032.52) | (78,032.52) | (78,032.52) | - |
| | TOTAL ACCOUNTS RECEIVABLE (Net) | 650,414.92 | 652,588.21 | 654,162.06 | 656,483.82 | - |

MOR-5

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

## STATEMENT OF INCOME (LOSS)

| See Notes | MONTH ENDING: | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | | Activity Totals Converson to Date |
|---|---|---|---|---|---|---|---|---|
| | **GROSS PROFIT:** | | | | | | | |
| | Revenues (MOR-1) | | | 68,555.35 | 158,037.44 | - | - | 226,592.79 |
| | Total Cost of Revenues | (162,459.03) | (141,562.02) | (223,742.89) | (177,413.79) | - | - | (705,177.73) |
| | **TOTAL GROSS PROFIT** | (162,459.03) | (141,562.02) | (155,187.54) | (19,376.35) | - | - | (478,584.94) |
| | **OPERATING EXPENSES:** | | | | | | | |
| | Payroll Costs | 16,220.98 | 80,824.23 | 49,645.85 | 36,529.92 | - | - | 183,220.98 |
| | Consultant's Fees | | | | | - | - | - |
| | Office Expenses | 53.61 | 1,496.64 | | | - | - | 1,550.25 |
| | Rents | - | 6,000.00 | 6,000.00 | 3,000.00 | - | - | 15,000.00 |
| | Insurance | 6,638.89 | 6,638.89 | 6,638.89 | 33,961.09 | - | - | 53,877.76 |
| | Property Taxes | | | | | - | - | - |
| | Production Costs allocated to Owners | (46,850.13) | 106,507.27 | 65,131.79 | 59,957.57 | - | - | 184,746.50 |
| | General and Administrative | | | | (1,364.48) | - | - | (1,364.48) |
| | Payments to Insiders (MOR-9) | 15,384.62 | 15,384.62 | 23,076.93 | 15,384.62 | - | - | 69,230.79 |
| | Other (Attach List) | - | - | - | - | - | - | - |
| | **TOTAL OPERATING EXPENSES** | (8,552.03) | 216,851.65 | 150,493.46 | 147,468.72 | - | - | 506,261.80 |
| | **BANKRUPTCY ADMINISTRATION EXPENSES:** | | | | | | | |
| | US Trustee Fees | | | - | - | - | - | - |
| | Professional Fees (MOR-9) | - | - | - | - | - | - | - |
| | Court Costs and Fees | - | - | - | - | - | - | - |
| | Fines and Penalties | - | - | - | - | - | - | - |
| | **TOTAL ADMINISTRATION EXPENSES** | - | - | - | - | - | - | - |
| | **TOTAL EXPENSES** | (8,552.03) | 216,851.65 | 150,493.46 | 147,468.72 | - | - | 506,261.80 |
| | **INC. (LOSS) BEFORE INT., DEPR., TAX (MOR-1)** | (153,907.00) | (358,413.67) | (305,681.00) | (166,845.07) | - | - | (984,846.74) |
| | **INT, DEPR & OTHER ITEMS:** | | | | | | | |
| | Interest Expense | 8,275.00 | 8,275.00 | 8,275.00 | - | - | - | 24,825.00 |
| | Depletion, Impairment and Accretion | | | 26,228.32 | 57,694.99 | - | - | 83,923.31 |
| | Depreciation | | | | 5,507.76 | - | - | 5,507.76 |
| | Late Fees and Finance Charges | 101.82 | 1,605.63 | 42.32 | 42.32 | - | - | 1,792.09 |
| | Loss on Close of Collateral CD | | | 108,379.66 | 24,440.47 | - | - | 132,820.13 |
| | Other (Income) Expense | | | | | | | |
| | Interest Income | (2,754.16) | (2,754.16) | (2,754.16) | - | - | - | (8,262.48) |
| | Miscellaneous | - | - | (37.56) | 37.56 | - | - | - |
| | **TOTAL INT, DEPR & OTHER ITEMS** | 5,622.66 | 7,126.47 | 140,133.58 | 87,723.10 | - | - | 240,605.81 |
| | **NET INCOME BEFORE TAXES** | (159,529.66) | (365,540.14) | (445,814.58) | (254,568.17) | - | - | (1,225,452.55) |
| | FEDERAL INCOME TAXES (Estimated) | - | - | - | - | - | - | - |
| | **NET INCOME (LOSS) (MOR-1)** | (159,529.66) | (365,540.14) | (445,814.58) | (254,568.17) | - | - | (1,225,452.55) |

MOR-6    PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

## STATEMENT OF SOURCE AND USE OF CASH

| See Notes | SOURCE OF CASH | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | Activity Totals Conversion to Date |
|---|---|---|---|---|---|---|---|
| | NET INCOME (LOSS) from MOR-6 | (159,529.66) | (365,540.14) | (445,814.58) | (254,568.17) | - | (1,225,452.55) |
| | ADD: DEPRECIATION & AMORTIZATION | - | - | - | - | - | - |
| | ADD: DEPLETION AND ACCRETION | - | - | 26,228.32 | 63,202.75 | - | 89,431.07 |
| | (INCREASE)/DECREASE FROM | | | | | | |
| | ACCOUNTS RECEIVABLE/ACCRUALS | (5,128.39) | (2,173.29) | (1,573.85) | (2,321.76) | - | (11,197.29) |
| | PREPAID EXPENSES | 490.75 | 490.75 | 490.75 | 27,812.95 | - | 29,285.20 |
| | ACCRUED INTEREST | (2,754.16) | (2,754.16) | (2,754.16) | - | - | (8,262.48) |
| | PURCHASER CLEARING | - | - | (70,807.40) | (119,696.03) | - | (190,503.43) |
| | INCREASE/(DECREASE) FROM | | | | | | |
| | POST-CONVERSION LIABILTIES | 82,177.51 | 19,499.95 | 51,134.36 | 73,274.93 | - | 226,086.75 |
| | PRE-CONVERSION LIABILITIES | - | (40.30) | (45.76) | (5,641.24) | - | (5,727.30) |
| | CASH GENERATED FROM OPERATIONS | (84,743.95) | (350,517.19) | (443,142.32) | (217,936.57) | - | (1,096,340.03) |
| | SOURCES OF CASH | | | | | | |
| | INVESTING ACTIVITIES | | | | | | |
| | Recoveries of Capitalized Fees | 11,000.40 | 1,833.19 | | | - | 12,833.59 |
| | Proceeds from Asset Sales | - | - | - | - | - | - |
| | FINANCING ACTIVITIES | | | | | | |
| | Increases in Debts to Insiders/Rel Party | 18,412.32 | - | - | - | - | 18,412.32 |
| | Increases in Debts to Unsecured Creditors | - | 69,688.74 | 130,463.95 | 94,043.33 | - | 294,196.02 |
| | Increases in Funds Owed to Hydrocarb | 32,754.95 | 279,045.87 | 241,564.99 | 118,099.14 | - | 671,464.95 |
| | TOTAL SOURCE OF CASH (A) | (22,576.28) | 50.61 | (71,113.38) | (5,794.10) | - | (99,433.15) |
| | USES OF CASH | | | | | | |
| | INVESTING ACTIVITIES | | | | | | |
| | Net Capitalization of Fees | - | - | 37,228.72 | 48,044.13 | - | 85,272.85 |
| | FINANCING ACTIVITIES | | | | | | |
| | Payments to Secured Creditors | - | - | 6,610,000.00 | - | - | 6,610,000.00 |
| | Decreases in Debts to Insiders/Rel Party | - | - | - | - | - | - |
| | TOTAL USE OF CASH (B) | - | - | 6,647,228.72 | 48,044.13 | - | 6,695,272.85 |
| | NET SOURCE (USE) OF CASH (A - B) | (22,576.28) | 50.61 | (6,718,342.10) | (53,838.23) | - | (6,794,706.00) |
| | CASH-BEGINNING BALANCE | 6,794,725.95 | 6,772,149.67 | 6,772,200.28 | 53,858.18 | - | 6,794,725.95 |
| | CASH-ENDING BALANCE   (MOR-2) | 6,772,149.67 | 6,772,200.28 | 53,858.18 | 19.95 | - | 19.95 |

MOR-7   PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

## CASH ACCOUNT RECONCILIATION
### MONTH ENDING AUGUST 31, 2016

| See Notes | ACCOUNT NUMBER | Wells Fargo Checking (GL1010) | Green Bank Checking (GL1020) | Independent Bank Checking (GL1040) | Frost Bank ***0864 (GL1045) | Frost Bank ***0872 (GL1046) | Wells Fargo DIP ***9580 (GL1047) | Green Bank CD ***0304 (GL1800) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | BANK BALANCE | - | - | (11.19) | - | - | 31.14 | - | 19.95 |
| | DEPOSIT IN TRANSIT | - | - | - | - | - | - | - | - |
| | OUTSTANDING CHECKS | - | - | - | - | - | - | - | - |
| | ADJUSTED BANK BALANCE | - | - | (11.19) | - | - | 31.14 | - | 19.95 |
| | BEGINNING CASH (PER BOOKS) | - | 53,838.23 | (11.19) | - | - | 31.14 | - | 53,858.18 |
| | RECEIPTS | - | - | - | - | - | - | - | - |
| | VOIDED CHECKS | - | - | - | - | - | - | - | - |
| | TRANSFERS BETWEEN ACCOUNTS | - | - | - | - | - | - | - | - |
| | CHECKS / OTHER DISBURSEMENTS | - | (53,838.23) | - | - | - | - | - | (53,838.23) |
| | ENDING CASH (PER BOOKS) | - | - | (11.19) | - | - | 31.14 | - | 19.95 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| See Notes | ACCOUNT NUMBER | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | | Conversion to Date |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING CASH | 6,794,725.95 | 6,772,149.67 | 6,772,200.28 | 53,858.18 | - | - | 6,794,725.95 |
| | TOTAL RECEIPTS | 600.00 | 78.81 | 37.56 | - | - | - | 716.37 |
| | TOTAL DISBURSEMENTS (MOR-1) | (23,176.28) | (28.20) | (6,718,379.66) | (53,838.23) | - | - | (6,795,422.37) |
| | ENDING CASH (MOR-2) | 6,772,149.67 | 6,772,200.28 | 53,858.18 | 19.95 | - | - | 19.95 |

MOR-8

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the qtr., list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.)

(Attach additional pages as necessary.)

| PAYMENTS TO INSIDERS: NAME/COMP TYPE | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | Conversion to Date |
|---|---|---|---|---|---|---|
| 1) Craig Alexander  Payroll | 15,384.62 | 15,384.62 | 23,076.93 | 15,384.62 | - | 69,230.79 |
| 2) | - | - | - | - | - | - |
| 3) | - | - | - | - | - | - |
| TOTAL PAYMENTS INSIDERS (MOR-1) | 15,384.62 | 15,384.62 | 23,076.93 | 15,384.62 | - | 69,230.79 |

| PAYMENTS TO PROFESSIONALS: NAME/COMP TYPE | May 12-31, 2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | Conversion to Date |
|---|---|---|---|---|---|---|
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| TOTAL PAYMENTS TO PROFESSIONALS (MOR-1) | - | - | - | - | - | - |

MOR-9

CASE NAME: Galveston Bay Energy, LLC
CASE NUMBER: 16-31923-H1-7

# FOOTNOTES

**NOTE A - DIFFERENCES BETWEEN AMOUNTS REPORTED ON SCHEDULES AND MONTHLY OPERATING REPORTS**

There are a number of differences between the amounts reported on debtor's schedules (filed on the petition date) and the balances reported on monthly operating reports. These differences are due to the requirement that the debtor's schedules be presented at fair value and the monthly operating reports are presented at historical cost using the accrual method. The readers of these reports should be aware of the differences between these methods and understand the reasons these methods are used.

**NOTE B - TIMING OF REPORTS**

Due to the nature of the underlying businesses, certain revenues and expenses are reported with a 60-day lag. This will cause these reports to be filed accordingly.

**NOTE C - PAYABLE TO HYDROCARB ENERGY CORPORATION**

On 4/13/2016, Galveston Bay Energy, LLC ("Debtor") and Hydrocarb Energy Corporation, Case # 16-31922, ("HEC") filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code. On 4/15/2016, Judge David R Jones signed the order for these cases to be jointly administered, however, there has been no order for substantial consolidation. On 5/11/2016, both cases were converted to Chapter 7. The HEC has made payments of certain operating expenses of Debtor and has received funding from secured creditors in order to operate during the Chapter 7 period.

FOOTNOTES