CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07
PETITION DATE: 4/13/2016 Converted 5/11/2016

UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF TEXAS
Houston DIVISION

## MONTHLY REPORT SUMMARY   ***CHAPTER 7 REPORT***  <<<FINAL>>>   SEPTEMBER, 2016

| MONTH/PERIOD ENDING | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | Conversion to Date |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | - | - | - | - | - | - |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (13,156.42) | (7,588.64) | (7,656.72) | (14,220.23) | (584.47) | (43,206.48) |
| NET INCOME (LOSS) (MOR-6) | (13,156.42) | 36,095.64 | (3,077.97) | (14,220.23) | (584.47) | 5,056.55 |
| PAYMENTS TO INSIDERS (MOR-9) | - | - | - | - | - | - |
| PAYMENTS TO PROFESSIONALS (MOR-9) | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS (MOR-8) | (36,904.31) | (447,856.65) | (302,075.21) | (209,409.48) | (90,058.30) | (1,086,303.95) |

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE

|  |  | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 2 - 16 - 2017 |
| LIABILITY | YES (X) NO ( ) | 2 - 16 - 2017 |
| VEHICLE | YES (X) NO ( ) | 2 - 16 - 2017 |
| WORKER'S | YES (X) NO ( ) | 2 - 16 - 2017 |
| OTHER | YES ( ) NO ( ) | |

Are all accounts receivable being collected within terms? No
Are all post-conversion liabilities, including taxes, being paid within terms? No
Have any pre-petition liabilities been paid? Yes
If so, describe _Insurance Premium Financed Notes_

Are all funds received being deposited into Trustee's bank account? Yes
Were any assets disposed of outside the normal course of business? No
If so, describe _____
Are all U. S. Trustee Quarterly Fee Payments current? N/A
What is the status of your Plan of Reorganization? Yes
_Converted to Chapter 7 on 5/11/16_

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct based on information available to me.

SIGNED: _[signature]_
TITLE: BANKRUPTCY TRUSTEE

ATTORNEY NAME: Julie Mitchell Koenig
FIRM: Cooper & Scully, PC
ADDRESS: 815 Walker, Suite 1040
CITY, STATE, ZIP: Houston, Texas 77002
TELEPHONE: 713/236-6800

MOR-1

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

## COMPARATIVE BALANCE SHEETS

| See Notes | ASSETS | Petition Date 4/13/2016 | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 |
|---|---|---|---|---|---|---|---|
| | **CURRENT ASSETS** | See Note A | | | | | |
| | Cash | 18,548.38 | 354,308.86 | 156,452.21 | 12,352.00 | 30,032.63 | 423,454.86 |
| | Trade Accounts Receivable, Net | - | - | - | - | - | - |
| | Accrued Receivables, Net | - | - | - | - | - | - |
| | Prepaid Expenses | - | 540,242.39 | 540,242.39 | 540,242.39 | 515,290.27 | 515,290.27 |
| D | Receivable from Galveston Bay | - | 32,754.95 | 311,800.82 | 553,365.81 | 671,464.95 | 657,458.25 |
| | Other | - | - | - | - | - | - |
| | **TOTAL CURRENT ASSETS** | 18,548.38 | 927,306.20 | 1,008,495.42 | 1,105,960.20 | 1,216,787.85 | 1,596,203.38 |
| | **PROPERTY, PLANT & EQUIPMENT** | | | | | | |
| | Fixed Assets | 2,200.00 | 24,037.80 | 24,037.80 | - | - | - |
| | Accum Depletion, Depreciation & Amort | - | 21,837.80 | 21,837.80 | - | - | - |
| | **NET BOOK VALUE OF PP&E** | 2,200.00 | 2,200.00 | 2,200.00 | - | - | - |
| | **OTHER ASSETS:** | | | | | | |
| | Investments | - | 9,666,226.48 | 9,666,226.48 | 9,666,226.48 | 9,666,226.48 | 9,666,226.48 |
| | Deposits | - | 21,298.34 | 21,298.34 | 21,298.34 | 21,298.34 | 21,298.34 |
| | Other Assets | - | 104,602.41 | 104,602.41 | 104,602.41 | 104,602.41 | 104,602.41 |
| | **TOTAL OTHER ASSETS** | - | 9,792,127.23 | 9,792,127.23 | 9,792,127.23 | 9,792,127.23 | 9,792,127.23 |
| | **TOTAL ASSETS** | 20,748.38 | 10,721,633.43 | 10,802,822.65 | 10,898,087.43 | 11,008,915.08 | 11,388,330.61 |

MOR-2    *PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.*

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

## COMPARATIVE BALANCE SHEETS

| See Notes | LIABILITIES | Petition Date 4/13/2016 | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 |
|---|---|---|---|---|---|---|---|
| | **POST-PETITION LIABILITIES** | See Note A | | | | | |
| | Pre-Conversion Liabilities | - | 15,466.64 | 15,466.64 | 15,466.64 | 15,466.64 | 15,466.64 |
| B | Outstanding Checks at Conversion | - | 83,242.90 | 83,242.90 | 83,242.90 | 58,290.78 | 58,290.78 |
| | Post-Conversion Liabilities | | 446,285.29 | 646,285.29 | 744,628.04 | 894,628.04 | 1,274,628.04 |
| | **TOTAL POST-PETITION LIABILITIES** | - | 544,994.83 | 744,994.83 | 843,337.58 | 968,385.46 | 1,348,385.46 |
| | **PRE-PETITION LIABILITIES** | | | | | | |
| | Trade Accounts Payable | - | 470,636.87 | 470,636.87 | 470,636.87 | 470,636.87 | 470,636.87 |
| | Difference Between Book Debt and Schedules | - | (3,708,076.45) | (3,862,982.87) | (3,862,982.87) | (3,862,982.87) | (3,862,982.87) |
| | Notes Payable - Secured | 7,329,259.42 | 7,329,259.42 | 7,329,259.42 | 7,329,259.42 | 7,329,259.42 | 7,329,259.42 |
| | Unsecured Debt | 3,606,941.54 | 3,136,304.67 | 3,136,304.67 | 3,136,304.67 | 3,136,304.67 | 3,136,304.67 |
| | Debts to Insiders/Related Parties | 1,644,667.00 | 1,644,667.00 | 1,644,667.00 | 1,644,667.00 | 1,644,667.00 | 1,644,667.00 |
| | **TOTAL PRE-PETITION LIABILITIES** | 12,580,867.96 | 8,872,791.51 | 8,717,885.09 | 8,717,885.09 | 8,717,885.09 | 8,717,885.09 |
| | | | | | | | |
| | **TOTAL LIABILITIES** | 12,580,867.96 | 9,417,786.34 | 9,462,879.92 | 9,561,222.67 | 9,686,270.55 | 10,066,270.55 |
| | | | | | | | |
| | **STOCKHOLDER'S EQUITY (DEFICIT)** | | | | | | |
| | Common Stock | 26,527.33 | 26,527.33 | 26,527.33 | 26,527.33 | 26,527.33 | 26,527.33 |
| | Preferred Stock | 3,120,000.00 | 3,120,000.00 | 3,120,000.00 | 3,120,000.00 | 3,120,000.00 | 3,120,000.00 |
| | Additional Paid-In Capital | 89,961,657.11 | 89,961,657.11 | 89,961,657.11 | 89,961,657.11 | 89,961,657.11 | 89,961,657.11 |
| | Retained Earnings Through Filing Date | (105,668,304.02) | (91,798,822.03) | (91,798,822.03) | (91,798,822.03) | (91,798,822.03) | (91,798,822.03) |
| | Retained Earnings (Deficit): Post-Filing | - | 7,641.10 | 7,641.10 | 7,641.10 | 7,641.10 | 7,641.10 |
| | Retained Earnings: Post-Confirmation | - | (13,156.42) | 22,939.22 | 19,861.25 | 5,641.02 | 5,056.55 |
| | **TOTAL OWNER'S EQUITY (DEFICIT)** | (12,560,119.58) | 1,303,847.09 | 1,339,942.73 | 1,336,864.76 | 1,322,644.53 | 1,322,060.06 |
| | | | | | | | |
| | **TOTAL LIABILITIES AND EQUITY** | 20,748.38 | 10,721,633.43 | 10,802,822.65 | 10,898,087.43 | 11,008,915.08 | 11,388,330.61 |

MOR-3    *PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.*

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

## SCHEDULE OF POST-CONVERSION LIABILITIES

| See Notes | LIABILITIES | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | |
|---|---|---|---|---|---|---|---|
| | TRADE ACCOUNTS PAYABLE | 96,285.29 | 96,285.29 | 44,628.04 | 44,628.04 | 44,628.04 | - |
| | TAX PAYABLE | | | | | | |
| | Federal Payroll Taxes (inc. withholding) | - | - | - | - | - | - |
| | State Payroll & Sales | - | - | - | - | - | - |
| | Ad Valorem Taxes | - | - | - | - | - | - |
| | Other: Federal Income Tax | - | - | - | - | - | - |
| | TOTAL TAXES PAYABLE | - | - | - | - | - | - |
| | OTHER POST-PETITION LIABILITIES | | | | | | |
| | Secured Debt: Post-Conversion | 350,000.00 | 550,000.00 | 700,000.00 | 850,000.00 | 850,000.00 | - |
| | Bidders' Deposits | - | - | - | - | 380,000.00 | - |
| | Professional Fees | - | - | - | - | - | - |
| | Other Accrued Liabilities: | | | | | | |
| | 1) Sales Deposits | - | - | - | - | - | - |
| | 2) Payroll | - | - | - | - | - | - |
| | 3) Utilities & Other | - | - | - | - | - | - |
| | TOTAL OTHER POST-CONVERSION LIAB. | 350,000.00 | 550,000.00 | 700,000.00 | 850,000.00 | 1,230,000.00 | - |
| | TOTAL POST-CONVERSION LIABILITIES | 446,285.29 | 646,285.29 | 744,628.04 | 894,628.04 | 1,274,628.04 | - |

MOR-4    PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

## POST-CONVERSION TRADE ACCOUNTS AND TAXES PAYABLE

| See Notes | DAYS | Trade Accounts | Sales Taxes | State Taxes | Ad Valorem Taxes | Other Taxes | Other Professsional Fees | Totals |
|---|---|---|---|---|---|---|---|---|
| | 0 - 30 Days | - | - | - | - | - | | - |
| | 31 - 60 Days | - | - | - | - | - | - | - |
| | 61 - 90 Days | - | - | - | - | - | - | - |
| | 91+ Days | 44,628.04 | - | - | - | - | - | 44,628.04 |
| | TOTAL ACCOUNTS PAYABLE | 44,628.04 | - | - | - | - | - | 44,628.04 |

## AGING OF ACCOUNTS RECEIVABLE

| See Notes | DAYS | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 |
|---|---|---|---|---|---|---|
| | 0 - 30 Days | | - | - | - | - |
| | 31 - 60 Days | | - | - | - | - |
| | 61 - 90 Days | | - | - | - | - |
| | 91+ Days | | - | - | - | - |
| | TOTAL ACCOUNTS RECEIVABLE | - | | | | |

MOR-5

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

## STATEMENT OF INCOME (LOSS)

| MONTH ENDING: | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | | Activity Totals Conversion to Date |
|---|---|---|---|---|---|---|---|
| **GROSS PROFIT:** | | | | | | | |
| Revenues (MOR-1) | | - | - | - | - | - | - |
| Total Cost of Revenues | - | - | - | - | - | - | - |
| TOTAL GROSS PROFIT | - | - | - | - | - | - | - |
| **OPERATING EXPENSES:** | | | | | | | |
| Payroll Expenses | - | - | - | - | - | - | - |
| Rents, Repairs and Utilities | 13,042.39 | 65.33 | - | - | - | - | 13,107.72 |
| Consultants | - | - | - | - | - | - | - |
| Well-Administration Expenses | - | - | - | - | - | - | - |
| Property Taxes | - | - | - | - | - | - | - |
| General and Administrative | 114.03 | 7,523.31 | 7,331.72 | 14,220.23 | 584.47 | - | 29,773.76 |
| Payments to Insiders (MOR-9) | - | - | - | - | - | - | - |
| Other (Attach List) | - | - | - | - | - | - | - |
| TOTAL OPERATING EXPENSES | 13,156.42 | 7,588.64 | 7,331.72 | 14,220.23 | 584.47 | - | 42,881.48 |
| **BANKRUPTCY ADMINISTRATION EXPENSES:** | | | | | | | |
| US Trustee Fees | - | - | 325.00 | - | - | - | 325.00 |
| Professional Fees (MOR-9) | - | - | - | - | - | - | - |
| Court Costs and Fees | - | - | - | - | - | - | - |
| Fines and Penalties | - | - | - | - | - | - | - |
| TOTAL ADMINISTRATION EXPENSES | - | - | 325.00 | - | - | - | 325.00 |
| TOTAL EXPENSES | 13,156.42 | 7,588.64 | 7,656.72 | 14,220.23 | 584.47 | - | 43,206.48 |
| INC. (LOSS) BEFORE INT, DEPR., TAX (MOR-1) | (13,156.42) | (7,588.64) | (7,656.72) | (14,220.23) | (584.47) | - | (43,206.48) |
| **INT, DEPR & OTHER ITEMS:** | | | | | | | |
| Interest Expense | | - | - | - | - | - | - |
| Depreciation | | - | - | - | - | - | - |
| Late Fees | | (5,165.72) | - | - | - | - | (5,165.72) |
| Other Income (Expense) | | - | - | - | - | - | - |
| Interest Income | | - | - | - | - | - | - |
| Miscellaneous | - | 48,850.00 | 4,578.75 | - | - | - | 53,428.75 |
| TOTAL INT, DEPR & OTHER ITEMS | - | 43,684.28 | 4,578.75 | - | - | - | 48,263.03 |
| NET INCOME BEFORE TAXES | (13,156.42) | 36,095.64 | (3,077.97) | (14,220.23) | (584.47) | - | 5,056.55 |
| FEDERAL INCOME TAXES (Estimated) | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | (13,156.42) | 36,095.64 | (3,077.97) | (14,220.23) | (584.47) | - | 5,056.55 |

MOR-6   *PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.*

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

## STATEMENT OF SOURCE AND USE OF CASH

| SOURCE OF CASH | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | | Activity Totals Conversion to Date |
|---|---|---|---|---|---|---|---|
| NET INCOME (LOSS) from MOR-6 | (13,156.42) | 36,095.64 | (3,077.97) | (14,220.23) | (584.47) | - | 5,056.55 |
| ADD: DEPRECIATION & AMORTIZATION | - | - | - | - | - | - | - |
| (INCREASE)/DECREASE FROM | | | | | | | |
| ACCOUNTS RECEIVABLE/ACCRUALS | (32,754.95) | (279,045.87) | (241,564.99) | (118,099.14) | 14,006.70 | - | (657,458.25) |
| PREPAID EXPENSES | - | - | - | - | - | - | - |
| INCREASE/(DECREASE) FROM | | | | | | | |
| POST-CONVERSION LIABILITIES | 96,285.29 | - | (51,657.25) | - | 380,000.00 | - | 424,628.04 |
| PRE-PETITION UNSECURED DEBT | (4,035.33) | (154,906.42) | - | - | - | - | (158,941.75) |
| CASH GENERATED FROM OPERATIONS | 46,338.59 | (397,856.65) | (296,300.21) | (132,319.37) | 393,422.23 | - | (386,715.41) |
| SOURCES OF CASH | | | | | | | |
| INVESTING ACTIVITIES | | | | | | | |
| Cost of Asset Sold | - | - | 2,200.00 | - | - | - | 2,200.00 |
| Proceeds from Sales of Investments | - | - | - | - | - | - | - |
| Reductions in Deposits and Other Assets | - | - | - | - | - | - | - |
| FINANCING ACTIVITIES | | | | | | | |
| Funds Received from Secured Creditors | 350,000.00 | 200,000.00 | 150,000.00 | 150,000.00 | - | - | 850,000.00 |
| TOTAL SOURCE OF CASH (A) | 396,338.59 | (197,856.65) | (144,100.21) | 17,680.63 | 393,422.23 | - | 465,484.59 |
| USES OF CASH | | | | | | | |
| INVESTING ACTIVITIES | | | | | | | |
| Purchases of Fixed Assets | - | - | - | - | - | - | - |
| Purchases of Investments | - | - | - | - | - | - | - |
| FINANCING ACTIVITIES | - | - | - | - | - | - | - |
| TOTAL USE OF CASH (B) | - | - | - | - | - | - | - |
| NET SOURCE (USE) OF CASH (A - B) | 396,338.59 | (197,856.65) | (144,100.21) | 17,680.63 | 393,422.23 | - | 465,484.59 |
| CASH-BEGINNING BALANCE | (42,029.73) | 354,308.86 | 156,452.21 | 12,352.00 | 30,032.63 | - | (42,029.73) |
| CASH-ENDING BALANCE (MOR-2) | 354,308.86 | 156,452.21 | 12,352.00 | 30,032.63 | 423,454.86 | - | 423,454.86 |

See Notes

MOR-7   PLEASE SEE FOOTNOTES AFTER MOR-9 FOR IMPORTANT INFORMATION CONCERNING ITEMS WITH NOTE REFERENCES.

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

## CASH ACCOUNT RECONCILIATION
### MONTH ENDING SEPTEMBER 30, 2016

| ACCOUNT NUMBER | Wells Fargo ***7228 (Acct 1010) | Wells Fargo ***5554 (Acct 1030) | Wells Fargo DIP ***9598 (Acct 1015) | Trustee's Acct Green Bank ***2201 | | | TOTAL |
|---|---|---|---|---|---|---|---|
| BANK BALANCE | - | - | - | 423,454.86 | | | 423,454.86 |
| DEPOSIT IN TRANSIT | - | - | - | - | | | - |
| OUTSTANDING CHECKS | - | - | - | - | | | - |
| ADJUSTED BANK BALANCE | - | - | - | 423,454.86 | | | 423,454.86 |
| BEGINNING CASH (PER BOOKS) | - | - | - | 30,032.63 | | | 30,032.63 |
| RECEIPTS | - | - | - | 483,480.53 | | | 483,480.53 |
| VOID CHECKS | - | - | - | - | | | - |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | - | | | - |
| CHECKS / OTHER DISBURSEMENTS | - | - | - | (90,058.30) | | | (90,058.30) |
| ENDING CASH (PER BOOKS) | - | - | - | 423,454.86 | | | 423,454.86 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| ACCOUNT NUMBER | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | | Conversion to Date |
|---|---|---|---|---|---|---|---|
| BEGINNING CASH | (42,029.73) | 354,308.86 | 156,452.21 | 12,352.00 | 30,032.63 | - | (42,029.73) |
| TOTAL RECEIPTS | 433,242.90 | 250,000.00 | 157,975.00 | 227,090.11 | 483,480.53 | - | 1,551,788.54 |
| TOTAL DISBURSEMENTS (MOR-1) | (36,904.31) | (447,856.65) | (302,075.21) | (209,409.48) | (90,058.30) | - | (1,086,303.95) |
| ENDING CASH (MOR-2) | 354,308.86 | 156,452.21 | 12,352.00 | 30,032.63 | 423,454.86 | - | 423,454.86 |

MOR-8

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the qtr., list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.)

(Attach additional pages as necessary.)

| PAYMENTS TO INSIDERS: NAME/COMP TYPE | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | | Conversion to Date |
|---|---|---|---|---|---|---|---|
| 1) | | | | | | | |
| 2) | | | | | | | |
| 3) | | | | | | | |
| 4) | | | | | | | |
| TOTAL PAYMENTS INSIDERS (MOR-1) | - | - | - | - | - | - | - |

| PAYMENTS TO PROFESSIONALS: NAME/COMP TYPE | 5/12-31/2016 | June 30, 2016 | July 31, 2016 | August 31, 2016 | September 30, 2016 | | Conversion to Date |
|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| TOTAL PAYMENTS TO PROFESSIONALS (MOR-1) | - | - | - | - | - | - | - |

MOR-9

CASE NAME: Hydrocarb Energy Corporation
CASE NUMBER: 16-31922-H1-07

# FOOTNOTES

## NOTE A - DIFFERENCES BETWEEN DEBT AMOUNTS REPORTED ON SCHEDULES AND BOOKS

Differences between debts presented on the debtor's schedules and the amounts reported on the MOR's include amounts on the books relating to derivatives, original issue discounts and reclassifications of debt instruments to equity (preferred stock/paid-in capital). These amounts will be adjusted as the claims process proceeds. During the short period from 4/13/2016 through 4/30/2016, a number of outstanding checks were reversed and claims established as of the filing date absorbed the amounts, resulting in an increase in the difference of $85,156.75 causing an overall reduction in outstanding pre-petition claims.

## NOTE B - OUTSTANDING CHECKS AT CONVERSION

Complete banking records for accounts closed at the conversion were not available to the Trustee. Certain transactions and reconciliations for those accounts could not be made, and, therefore, an adjustment was recorded in order to allow the reporting process to continue. An effort is being made to obtain the missing records and amended reports or additional footnotes will be made should the information be produced.

## NOTE C - TIMING OF REPORTS

Due to the nature of the underlying businesses, certain revenues and expenses are reported with a 60-day lag. This will cause these reports to be filed accordingly.

## NOTE D - RECEIVABLE FROM GALVESTON BAY ENERGY, LLC

On 4/13/2016, Hydrocarb Energy Corporation ("Debtor") and Galveston Bay Energy, LLC, Case # 16-31923, ("GBE") filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code. On 4/15/2016, Judge David R Jones signed the order for these cases to be jointly administered, however, there has been no order for substantial consolidation. On 5/11/2016, both cases were converted to Chapter 7. The Debtor has made payments of certain operating expenses of GBE and has received funding from secured creditors in order to operate during the Chapter 7 period.

FOOTNOTES