THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HYDROCARB ENERGY CORPORATION, | § § § § § | Case No. 16-31922 (Chapter 7) |
| GALVESTON BAY ENERGY, LLC, | § § § | Case No. 16-31923 (Chapter 7) |
| DEBTORS. | § § | Jointly Administered Under Case No. 16-31922 |

**TRUSTEE'S MOTION TO AUTHORIZE ALLOCATION
OF FUNDS AMONG THE JOINTLY ADMINISTERED ESTATES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE HONORABLE DAVID JONES UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee, and files this Trustee's Motion to Authorize Allocation of Funds to the Jointly Administered Estates and would show the Court the following:

1. These estates have been jointly administered since the inception of the two cases. As a result, the Trustee only opened one bank account for both estates. Through this Motion,

the Trustee seeks authorization to allocate receipts and disbursements between the two estates so that the Trustee can separate the bank account into an account for Hydrocarb and an account for Galveston Bay..

## Jurisdiction and Venue

2. This is a core matter under 28 U.S.C. §157(b)(2)(A). Venue is proper under 28 U.S.C. §1408.

## Process of Allocating Receipts and Disbursements

3. Exhibit A shows all receipts and disbursements in the Hydrocarb account which holds both Galveston Bay and Hydrocarb funds.

4. Exhibit B shows the receipts allocated to each estate. Galveston Bay is shown with $3,636,897.61 in receipts and Hydrocarb is shown with $95,152.84 in receipts. These two add up to $3,732,050.45 which is the total of receipts shown in Exhibit A.

5. Exhibit C shows the disbursements allocated to each estate. Galveston Bay is shown with $3,385,809.45 in disbursements and Hydrocarb is shown with $22432.65 in disbursements. These two add up to 3,408,242.10 which is the total of disbursements shown in Exhibit A.

6. As a result of the allocation, the Hydrocarb balance as of December 20, 2016 is $72,720.19 and the Galveston Bay balance as of December 20, 2016 is $251,088.16.

7. The Trustee seeks authorization to transfer $251,088.16 from the Hydrocarb account to the Galveston Bay account. In the event the Trustee is required to issue a disbursement for Galveston Bay between now and the entry of the order or receives a Galveston Bay receipt, this amount will vary according to the amount of the check or deposit.

Based on the foregoing, Rodney Tow, Trustee, moves this Court to authorize him to transfer $251,088.16 from the Hydrocarb estate to the Galveston Bay estate and for such other and further relief that he may be justly entitled.

      Respectfully Submitted:

BY: _/s/ Rodney Tow_
**RODNEY TOW, TRUSTEE**
Texas Bar No. 2012500
SDTX Bar No. 3196
1122 Highborne Cay Court
Texas City, Texas 77590-1403

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Trustee's Motion to Authorize Allocation of Funds to the Jointly Administered Estates to the parties on the attached service list via regular first class U.S. mail postage prepaid or ECF notification.

Signed this the 20th day of December, 2016.

_/s/ Rodney Tow_
**Rodney Tow**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-31922<br>Southern District of Texas<br>Houston<br>Tue Dec 20 14:51:16 CST 2016 | Archrock Partners Operating, L.L.C.<br>16666 North Chase Dr.<br>Houston, TX 77060-6014 | Cameron International Corportion<br>c/o Carl Dore', Jr.<br>Dore' Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, TX 77084-4927 |
| Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | Core-Tech Wireline Services of Texas, L.L.C.<br>P.O. Box 336578<br>Greeley, CO 80633-0610 | Galveston County<br>c/o Tara L. Grundemeier<br>PO BOX 3064<br>Houston, TX 77253-3064 |
| Green Bank, N.A.<br>c/o Shelley Bush Marmon<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019-2125 | Harris County<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Hydrocarb Energy Corporation<br>800 Gessner Road<br>Suite 375<br>Houston, TX 77024-4608 |
| Kinder Morgan Tejas Pipeline, LLC<br>Law Ofc Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868-6981 | Newpark Drilling Fluids LLC<br>c/o Dore Law Group, P.C<br>Carl Dore', Jr.<br>17171 Park Row, Suite 160<br>Houston, TX 77084-4927 | Peninsula Marine, Inc.<br>c/o Wayne Mouton<br>997 Mary Ann<br>PO Box 501<br>Port Bolivar, TX 77650-0501 |
| Progessive Diesel Red Inc.<br>8311 Industrial Dr<br>Pearrland, TX 77584-3549 | QES Wireline LLC<br>c/o R. Alex Weatherford<br>Dore' Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, TX 77084-4927 | Railroad Commission of Texas<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 |
| Texas General Land Office<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548   MC-008<br>Austin, TX 78711-2548 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 1992 Fishman Family Revocable Trust<br>16555 Woods Valley Road<br>Valley Center, CA 92082-7330 |
| 3MB Services, LLC<br>262 C.R. 2254<br>Cleveland, TX 77327 | Adar Bays LLC Attn: Sarah Eisenberg, Man<br>3411 Indian Creek Drive<br>Suite 403<br>Maimi Beach, FL 33140-4058 | Albeck Financial Service Inc.<br>11767 Katy Freeway Suite 830<br>Houston, TX 77079-1728 |
| Archrock Services, L.P. Total<br>P.O. Box 201160<br>Dallas, TX 75320-1160 | BB Genesis Land & Mineral Resources LP d<br>5503 Louetta<br>Suite D<br>Spring, TX 77379-7869 | Barbers Hill ISD Property Tax<br>P.O. Box 1108<br>9600 Eagle Dr.<br>Mont Belvieu, TX 77580-1108 |
| Barry H Robbins TTEE<br>2660 Via De La Valle<br>Del Mar, CA 92014-1904 | Blendermedia<br>Suite 430-1190 Melville Str<br>Vancouver,  BC  V6E 3W1<br>British Columbia | Bluewing Teal Inc<br>P.O. Box 570366<br>Houston, TX 77257-0366 |
| Bob Harrell<br>10218 Green Tree Road<br>Houston, TX 77042-1232 | Brent A. Sagissor<br>P.O. Box 842<br>Missouri City, TX 77459-0842 | Brian Kenny<br>164 Madrone Avenue<br>San Francisco, CA 94127-1318 |

| | | |
|---|---|---|
| Broadridge ICS<br>P.O. Box 416423<br>Boston, MA 02241-6423 | Caillou Island Towing Company<br>PO Drawer 2568<br>Houma, LA 70361-2568 | Cameron International Corporation<br>c/o R. Alex Weatherford<br>Dore' Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, Texas 77084-4927 |
| Carl G. Miller<br>2103 Casa Linda Cove<br>Round Rock, TX 78681-2258 | Chambers County Assessor Collector<br>Collector Denise Hutter<br>P O Box 519<br>Anahuac, TX 77514-0519 | ChemStar Energy Services<br>P.O. Box 3334<br>Pineville, LA 71361-3334 |
| Christian Smith & Jewell<br>Attn: Wes Christian<br>2302 Fannin, Suite 500<br>Houston, TX 77002-9136 | Christopher Adams<br>Okin & Adams LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002-1045 | Clint D. Summers<br>4911 Westonridge Ln<br>Fresno, TX 77545-9242 |
| Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Consol Energy, Inc<br>1000 Consol Energy Drive<br>Canonsburg, PA 15317-6506 | Darling Capital, LLC<br>767 3rd Ave., Suite 25-1A<br>New York, NY 10017-9003 |
| David & Ginger Levy Trust<br>P. O. Box 9827<br>Rancho Santa Fe, CA 92067-4827 | Deming PLLC Attn: Stuart H. Deming<br>251 North Rose Street<br>Suite 200<br>Kalamazoo, MI 49007-3860 | ~~Digital Line Works~~<br>~~8805 Solon Road~~<br>~~Suite G1~~<br>~~Houston, TX 77064-1222~~ |
| Digital Phone Works<br>8805 Solon Road  #G1<br>Houston, Tx 77064-1222 | Donald P. Clary<br>15814 Champion Forest #182<br>Spring, TX 77379-7141 | Duma Holdings<br>3602 Aspenwood Drive<br>Richmond, TX 77406-9148 |
| Executive IT Help, Inc.<br>10223 Broadway Street<br>Suite P354<br>Pearland, TX 77584-7880 | Farid Barkhordar<br>5352 Amigo Ave.<br>Tarzana, CA 91356-4112 | FidelityTransfer Company<br>8915 S. 700 E.<br>Suite 102<br>Sandy, UT 84070-2421 |
| Gary W. Vick<br>2412 Old Squaw Pass Road<br>Evergreen, CO 80439-4735 | Geoserve Marketing, LLC<br>14019 Southwest Freeway<br>Suite 301-600<br>Sugar Land, TX 77478-3563 | Greene's Energy Group, LLC<br>C/O Wells & Cuellar, P.C.<br>440 Louisiana Ste 718<br>Houston, TX 77002-1637 |
| Hewtex Oil & Gas Corporation<br>11222 Richmond Ave<br>Houston, TX 77082-2713 | IHS Markit<br>c/o Szabo Associates, Inc.<br>3355 Lenox Rd. NE, Suite 945<br>Atlanta, GA 30326-1357 | INCORP<br>2360 Corporate Circle Suite 400<br>Henderson, NV 89074-7739 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JSJ Investments Inc.<br>6060 N. Central Expressway #500<br>Dallas, TX 75206-5209 | Jay B Fishman<br>16555 Woods Valley Rd.<br>Valley Center, CA 92082-7330 |

| | | |
|---|---|---|
| John S. Cossum Attorney at Law, The Lyri<br>440 Louisiana<br>Suite 900<br>Houston, TX 77002-4205 | Justin W. Keener dba JMJ Financial<br>1110 Lincoln Road<br>Miami Beach, FL 33139 | Kelton Farris Premium Assignment Corp<br>3522 Thomasville Rd Suite  400<br>Tallahassee FL 32309-3488 |
| Kent Watts<br>3803 Pine Branch Drive<br>Pearland, TX 77581-8797 | Kevin R. Minor<br>3426 Onioin Creek<br>Sugar Land, TX 77479-2548 | LG Capital Funding LLC Attn: Joseph Lerm<br>1218 Union Street<br>Suite 2<br>Brooklyn, NY 11225-1512 |
| Lee Walinsky<br>711 River Road<br>Austin, TX 78734-5817 | Li-E Wang<br>4130 North Nolan Place<br>Pearland, TX 77584-9447 | Linc Gulf Coast Petroleum<br>1000 Louisiana Street<br>Suite 1500<br>Houston, TX 77002-5018 |
| Loev Corporate Filings, Inc.<br>5301 Holly Street<br>Bellaire, TX 77401-4805 | Logix Communications<br>2950 N. Loop West 8th Floor<br>Houston, Texas 77092-8846 | Logix Communications<br>P.O. Box 3608<br>Houston, TX 77253-3608 |
| MalonebaileyLLP<br>9801 Westheimer Road<br>Suite 1100<br>Houston, TX 77042-3900 | McMillan (CAD)<br>1055 W. Georgia St., Suite 1500<br>Vancouver, BC  V6E 4N7<br>British Columbia | MiddletonRaines<br>9235 Katy Frwy<br>Suite 400<br>Houston, TX 77024-1507 |
| Moncla Marine Operations, LLC Total<br>P.O. Box 53408<br>Lafayette, LA 70505-3408 | NRAI Corporate Service<br>P.O. Box 12432<br>Newark, NJ 07101-3532 | Naidich Wurman LLP Judah Eisner, Esq.<br>111 Great Neck Road<br>Suite 214<br>Great Neck, NY 11021-5408 |
| Namibia Exploration Inc<br>800 Gessner Rd., Ste. 375<br>Houston, TX 77024-4608 | Nevada Secretary of State Nevada State C<br>101 North Carson Street, Suite 3<br>Carson City, NV 89701-3714 | Newpark Drilling Fluids LLC<br>c/o R. Alex Weatherford<br>Dore' Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, Texas 77084-4927 |
| Newpark Drilling Fluids, LLC Total<br>P.O. Box 973167<br>Dallas, TX 75397-3167 | Newsfile Corp.<br>1430-1188 W. Georgia Street<br>Vancouver, B.C. Canada    V6E 4A2<br>British Columbia | Oil States Energy Services, LLC<br>c/o Grant P. Harpold<br>2229 San Felipe, Suite 1000<br>Houston, TX 77019-5639 |
| Oilfield Instrumentation<br>P.O. Box 51902<br>Lafayette, LA 70505-1902 | PR Newswire<br>G.P.O. Box 5897<br>New York, NY 10087-5897 | PR Newswire Assoc LLC<br>350 Hudson St 3rd Fl<br>New York, NY 10014-5827 |
| Peninsula Marine Inc Total<br>PO Box 501<br>Port Bolivar, TX 77650-0501 | Porter Hedges LLP<br>1000 Main Street<br>36th Floor<br>Houston, TX 77002-6341 | Premium Assignment Corporation<br>P.O. Box 8800<br>Tallahassee, FL 32314-8800 |

| | | |
|---|---|---|
| Proactive Capital Resources Group PCG Ad<br>535 Fifth Avenue<br>24th Floor<br>New York, NY 10017-3677 | Progressive Diesel Red Inc.<br>c/o Melissa Botting<br>1414 South Friendswood<br>Friendswood, TX 77546-4831 | Quintium Private Opportunities Fund<br>9202 S. Northshore Drive #301<br>Knoxville, TN 37922-6603 |
| Railroad Commission of Texas<br>P.O. Box 12967<br>Austin, TX 78711-2967 | Ramshorn Investments, Inc.<br>515 W Greens Road, Suite 1000<br>Houston, TX 77067-4536 | Robert Bernard Kahn Trust<br>8820 Canyon Springs Drive<br>Las Vegas, NV 89117-5837 |
| Robert Klinek and Susan Pack JTWROS<br>P. O. Box 157<br>Rancho Santa Fe, CA 92067-0157 | Robert Klinek and Susan Packs JTWROS<br>P.O. Box 157<br>Rancho Santa Fe, CA 92067-0157 | Sandra Nash<br>10705 Westwood Dr.<br>Corpus Christi, TX 78410-2729 |
| Sean M. Crowley Trust<br>Box 373<br>Rancho Santa Fe, CA 92067-0373 | Securities and Exchange Commission<br>Washington, DC 20549-0001 | Seth C. Herndon<br>3602 Aspenwood Drive<br>Richmond, TX 77406-9148 |
| Shadow Tree Capital Mgmt., LLC<br>7 Renaissance Square<br>5th Floor<br>White Plains, NY 10601-3056 | Summit Financial Printing, LLC<br>216 East 45th Street<br>15th Floor<br>New York, NY 10017-3304 | Sun Coast Resources, Inc.<br>c/o Mike Stoner<br>6405 Cavalcade St. Bldg. 1<br>Houston, TX 77026-4315 |
| TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 EAST 15TH STREET, ROOM 556<br>AUSTIN, TX 78778-0001 | Texas General Land Office<br>Petroleum and Minerals Division<br>1700 North Congress<br>Austin, TX 78701-1436 | The Loev Law Firm<br>6300 West Loop S.<br>Ste. 280<br>Bellaire, TX 77401-2903 |
| The NASDAQ Stock Market, LLC c/o Wells F<br>Lockbox 20200<br>P.O. Box 8500<br>Philadelphia, PA 19178-0200 | Timothy Hoke Smith<br>12202 Meadow Hollow Drive<br>Meadows Place, TX 77477-1427 | Typenex Co-Investment, LLC<br>303 East Wacker Drive<br>Suite 1040<br>Chicago, IL 60601-5216 |
| U.S. Coast Guard<br>2703 Martin L King Ave SE Stop 7213<br>Washington, DC 20593-7213 | US Trustee<br>Office of the US Trustee<br>~~515 Rusk Ave~~<br>~~Ste 3516~~<br>~~Houston, TX 77002-2604~~ | Union Capital<br>Attn: Yakov Bornstein<br>525 Norton Parkway<br>New Haven, CT 06511-1633 |
| ~~United States Trustee's Office~~<br>~~515 Rusk St., Suite 3516~~<br>~~Houston, TX 77002-2604~~ | Wapiti Energy, LLC<br>800 Gessner, Suite 700<br>Houston, TX 77024-4284 | Weatherford U.S., L.P.<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., Suite 201<br>Arlington, TX 76015-2936 |
| Wells Fargo Payment Remittance Center<br>P.O. Box 6426<br>Carol Stream, IL 60197-6426 | Wyatt Energy<br>3355 West Alabama Street<br>Houston, TX 77098-1717 | David L Curry Jr<br>Okin & Adams, LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002-1045 |

| | | |
|---|---|---|
| John Thomas Oldham<br>Okin and Adams LLP<br>1113 Vine St<br>Ste . 201<br>Houston, TX 77002-1045 | Julie Mitchell Koenig<br>Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | Paul Blasingame<br>Doyle LLP<br>3401 Allen Pkwy, Suite 100<br>Houston, Tx 77019-1857 |
| Rodney D Tow<br>Rodney Tow, PLLC<br>1122 Highborne Cay Court<br>Texas City, TX 77590-1403 | (p)WILLIAM G WEST P C CPA<br>12345 JONES ROAD<br>SUITE 214<br>HOUSTON TX 77070-4959 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

William G West
William G West PC CPA
12345 Jones Road
Ste 120
Houston, TX 77070

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Chambers County Tax Office | (u)Matador Environmental Services LLC | (u)Okin & Adams LLP |
| (u)Premium Assignment Corporation | (u)Shadow Tree Capital Management LLC, as Age | (u)TGS Cedar Port Partners, L.P |
| (u)Weatherford U.S., L.P. | (u)Wyatt Energy, LLC | (d)David & Ginger Levy Trust<br>P.O. Box 9827<br>Rancho Santa Fe, CA 92067-4827 |
| (d)Hydrocarb Energy Corporation<br>800 Gessner Road, Suite 375<br>Houston, TX 77024-4608 | (u)Paul Blasingame | (d)Sun Coast Resources. Inc.<br>c/o Mike Stoner<br>6405 Cavalcade St., Bldg. 1<br>Houston, TX 77026-4315 |
| (d)Christopher Adams<br>Okin & Adams LLP<br>1113 Vine Street<br>Suite 201<br>Houston, TX 77002-1045 | (u)Steven S McGuire | (du)Steven S. McGuire |

```
End of Label Matrix
Mailable recipients    124
Bypassed recipients     15
Total                  139
```

```
Label Matrix for local noticing        Galveston Bay Energy, LLC              Goose Creek Consolidate Independent School D
0541-4                                 800 Gessner Road                       c/o Reid Strickland & Gillette
Case 16-31923                          Suite 375                              PO Box 809
Southern District of Texas             Houston, TX 77024-4608                 Baytown, TX 77522-0809
Houston
Tue Dec 20 14:52:36 CST 2016

Kinder Morgan Tejas Pipeline, LLC      Peninsula Marine, Inc.                 4
Law Ofc Patricia Williams Prewitt      c/o Wayne Mouton                       United States Bankruptcy Court
10953 Vista Lake Ct.                   997 Mary Ann                           PO Box 61010
Navasota, TX 77868-6981                PO Box 501                             Houston, TX 77208-1010
                                       Port Bolivar, TX 77650-0501

3MB Services, LLC                      Aldonsa Inc.                           Andrew W. Hampf
262 CR 2254                            d/b/a Oilfield Instrumentation USA     7121 Quail Field Drive
Cleveland, TX 77327-0629               P O Box 51902                          Houston, TX 77095-3221
                                       Lafayette, LA 70505-1902

Archer Wireline LLC Accounting & Adminis  Archrock Services, L.P.             Barbers Hill I S D
6000 Wester Place, Ste. 375            P.O. Box 201160                        P O Box 1108
Fort Worth, TX 76107-8301              Dallas, TX 75320-1160                  9600 Eagle Drive
                                                                              Mont Belvieu, TX 77580-1108

Barbers Hill Independent School District  Baumann Marine Service, Inc.        Baumann Propellers, LLC
P.O. Box 1108                          2311 S/Sgt. Macario Garcia Dr.         c/o Dawn Baumann
Mont Belvieu, TX 77580-1108            Houston, TX 77011-1207                 2311 SSGT Macario Garcia Dr.
                                                                              Houston, TX 77011-1207

C & L Vacuum Service LLC               COPY DOCTOR                            Cactus Pipe & Supply, LLC
PO Box 428                             482 W. Arrow Highway                   One Greenway Plaza
Daisetta, TX 77533-0428                Suite A                                Suite 325
                                       San Dimas, CA 91773-2941               Houston, TX 77046-0105

Caillou Island Towing Co., Inc.        Cameron International Corporation      Cameron International Corporation
PO Drawer 2568                         P.O. Box 731412                        c/o R. Alex Weatherford
Houma, LA 70361-2568                   Dallas, TX 75373-1412                  Dore' Law Group, P.C.
                                                                              17171 Park Row, Suite 160
                                                                              Houston, Texas 77084-4927

Cetco Energy Services                  Cetco Energy Services Co., LLC         Chambers County Tax Assessor
2209 US HWY 77                         1001 Ochsner Blvd., Suite 425          Collector Denise Hutter
Robstown, TX 78380-9617                Covington, LA 70433-8152               P O Box 519
                                                                              Anahuac, TX 77514-0519

Chambers County Tax Office             Charles L. Wolfe & Associates          ChemStar Energy Services, LLC
P.O. Box 519                           2901 S. First Street                   P.O. Box 3334
Anahuac, TX 77514-0519                 Abilene, TX 79605-1813                 Pineville, LA 71361-3334

Christopher Adams                      City of Baytown                        City of Houston
Okin & Adams LLP                       201 East Wye Drive                     Mike Sullivan
1113 Vine Street, Suite 201            Baytown, TX 77521-4130                 1235 North Loop West, Suite 600
Houston, TX 77002-1045                                                        Houston, TX 77008-1772
```

```
Coastal Flow Measurement Inc           Comptroller of Public Accounts         Comptroller of Public Accounts
P O Box 58965                          C/O Office of the Attorney General     c/o Office of the Attorney General
Houston, TX 77258-8965                 Bankruptcy - Collections Division MC-008  Bankruptcy - Collections Division
                                       PO Box 12548                           PO Box 12548
                                       Austin TX  78711-2548                  Austin, TX 78711-2548


Cooper Electric Inc                    Core-Tech Wire Line Svcs LLC c/o Midsout   Culberson Construction, Inc.
7908 FM 1008                           P.O. Box 3307                          P.O. Box 1379
Dayton, TX 77535-4063                  Lafayette, LA 70502-3307               Granbury, TX 76048-8379


DHI Group, Inc. Rigzone.com            Delta Seaboard, LLC                    Dickinson Independent School District
4939 Collections Center Drive          1212 W. Sam Houston Pkwy N.            P.O. Box 1169
Chicago, IL 60693-0049                 Houston, TX 77043-4009                 Galveston, TX 77553-1169


Direct Oilfield Service Leslie N Flory Duke Trucking LLC C/O Integrity Factorin  Ellington & Associates, Inc. Petroleum E
PO Box 15                              Dept. 355/P.O. Box 30015               1414 Lumpkin Road
Giddings, TX 78942-0015                Salt Lake City, UT 84130-0015          Houston, TX 77043-4106


Fastorq, LLC                           Francis Drilling Fluids Ltd            Francis Torque Services, LLC
Dept. 2206                             PO Box 677438                          P.O. Box 1830
P.O. Box 122206                        Dallas, TX 75267-7438                  Covington, LA 70434-1830
Dallas, TX 75312-2206


Frank's International LLC              Frank's International, LLC Dept. 840   Galveston County
c/o Holly C Hamm Snow Spence Green LLP P.O. Box 4346                          c/o Tara L. Grundemeier
2929 Allen Parkway Suite 2800          Houston, TX 77210-4346                 Linebarger Goggan Blair & Sampson LLP
Houston TX 77019-7100                                                         P.O. Box 3064
                                                                              Houston, Tx. 77253-3064


Galveston County Tax Office Cheryl E Joh  Goose Creek C I S D                 Goose Creek CISD & Lee College District
PO BOX 1169                            Tax Assessor - Collector               c/o Reid Strickland & Gillette, LLP
Galveston, TX 77553-1169               P O Box 2805 - 4544 I-10 East          PO Box 809
                                       Baytown, TX 77522-2805                 Baytown TX 77522-0809


Greenberg Traurig, LLP Attorneys at Law Greene's Energy Group                 Gulf Coast Chemical, LLC
1000 Louisiana Street                  P.O. Box 676263                        Attn:  Jim Fusilier
Suite 1700                             Dallas, TX 75267-6263                  220 Jacqulyn Street
Houston, TX 77002-5001                                                        Abbeville, LA 70510-8400


Gulf Coast Chemical, LLC               Gulf Coast Crane Services              Gulfstream Services, Inc.
P.O. Box 919161                        16955 Katy Hockley Road                Dept. 3254
Dallas, TX 75391-9161                  Hockley, TX 77447-9158                 P.O. Box 123254
                                                                              Dallas, TX 75312-3254


Harris Cnty Tax Assessor - Col Mike Sull  Harris County et al                 Home Depot Credit Services
1001 Preston                           c/o Tara L. Grundemeier                Dept. 32- 2536615499
PO Box 4089                            Linebarger Goggan Blair & Sampson LLP  P.O. Box 183176
Houston, TX 77210-4089                 P.O. Box 3064                          Columbus, OH 43218-3176
                                       Houston, Tx. 77253-3064
```

| | | |
|---|---|---|
| Hotchkiss Disposal Service<br>PO Box 2742<br>Baytown, TX 77522-2742 | Indmar Svc & Supply Corp<br>PO Box 37<br>Pearland, TX 77588-0037 | Integrated Pipe & Supply LLC<br>c/o Brian E. Bro<br>3111 Wood Park<br>Sugar Land, TX 77479 |
| Integrity Factoring & Consulting, Inc.<br>c/o 7700 W. Camino Real, Suite 401<br>Boca Raton, FL 33433-5543 | ~~Internal Revenue Service~~<br>~~PO Box 7346~~<br>~~Philadelphia, PA 19101-7346~~ | John J Hebert Dist, Inc.<br>PO Box 857<br>424 HWY 90<br>Liberty, TX 77575-5516 |
| Just Energy 6164040<br>P.O. Box 650518<br>Dallas, TX 75265-0518 | KDR Supply Inc<br>P O Box 10130<br>Liberty, TX 77575-7630 | KIMRAY Inc.<br>P.O. Box 248869<br>Oklahoma City, OK 73124-8869 |
| Kinder Morgan Tejas Pipeline<br>Dept. 3015<br>PO Box 201607<br>Dallas, TX 75320-1607 | Kinder Morgan Tejas Pipeline, LLC<br>c/o Law Ofc Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868-6981 | ~~Linc Gulf Coast Petroleum, Inc.~~<br>~~1000 Louisiana Street~~<br>~~Suite 1500~~<br>~~Houston, TX 77002-5018~~ |
| Lone Star Diving Services, Inc.<br>5321 Avenue E<br>Santa Fe, TX 77510-7701 | MG&G Pump Company, Inc.<br>110 Herman Drive<br>Belle Chasse, LA 70037-3204 | Marion J. Zabranek, Jr.<br>PO Box 581<br>Liberty TX 77575-0581 |
| Matador Environmental Services, LLC dba<br>Frost Bank<br>P. O. Box 610451<br>Dallas, TX 75261-0451 | Moncla E-Line Services, Inc. Mid South B<br>P.O. Box 3307<br>Lafayette, LA 70502-3307 | ~~Moncla Marine Operations, LLC~~<br>~~P.O. Box 53408~~<br>~~Lafayette, LA 70505-3408~~ |
| ~~Newpark Drilling Fluids LLC~~<br>~~c/o R. Alex Weatherford~~<br>~~Dore' Law Group, P.C.~~<br>~~17171 Park Row, Suite 160~~<br>~~Houston, Texas 77084-4927~~ | ~~Newpark Drilling Fluids, LLC~~<br>~~P.O. Box 973167~~<br>~~Dallas, TX 75397-3167~~ | (p)O REILLY AUTOMOTIVE INC<br>P O BOX 1156<br>SPRINGFIELD MO 65801-1156 |
| ~~Oil States Energy Services LLC~~<br>~~Grant P. Harpold~~<br>~~2229 San Felipe Ste 1000~~<br>~~Houston TX 77019-5639~~ | Oil States Energy Services, LLC<br>PO Box 203567<br>Dallas, TX 75320-3567 | ~~Oilfield Instrumentation~~<br>~~P.O. Box 51902~~<br>~~Lafayette, LA 70505-1902~~ |
| Paul Blasingame<br>c/o Doyle LLP<br>3401 Allen Parkway, 77019 | ~~Peninsula Marine Inc~~<br>~~PO Box 501~~<br>~~Port Bolivar, TX 77650-0501~~ | Petrophysics, Inc.<br>P.O. Box 863323<br>Plano, TX 75086-3323 |
| Precision Wireline Services, LLC<br>P.O. Box 51371<br>Lafayette, LA 70505-1371 | Premium Oilfield Services, LLC<br>P.O. Box 203763<br>Dallas, TX 75320-3763 | Pressure Control Specialists<br>P.O. Box 80613<br>Lafayette, LA 70598-0613 |

| | | |
|---|---|---|
| Priority Artificial Lift Services, LLC<br>5655 W. Sam Houston Parkway N.<br>Houston, TX 77041-5148 | Priority Energy Holdings, LLC dba Priori<br>P.O. Box 54465<br>New Orleans, LA 70154-4465 | Pro-Gas Services, LLC<br>5613 DTC Parkway<br>Suite 310<br>Greenwood Village, CO 80111-3031 |
| Progressive Diesel Red, Inc.<br>8311 Industrial Drive<br>Pearland, TX 77584-3549 | QES Wireline LLC<br>c/o R. Alex Weatherford<br>Dore' Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, Texas 77084-4927 | ~~Railroad Commission of Texas~~<br>~~Attn:  Oil and Gas Division~~<br>~~PO Box 12967~~<br>~~Austin, TX 78711-2967~~ |
| Ralph E. Davis & Associates<br>1717 St. James Place<br>Suite 460<br>Houston, TX 77056-3496 | Ross B. Jordan dba Jordan Oilfield Servi<br>P.O. Box 286<br>Batson, TX 77519-0286 | S&S Operating Co., Inc<br>PO Box 1250<br>Winnie, TX 77665-1250 |
| SLR International Corporation<br>22118 20th Avenue S.E.<br>Suite G-202<br>Bothell, WA 98021-4434 | Sabine Environmental Services, LLC<br>c/o Brian Deitch<br>The Deitch Law Offices<br>800 Rio Grande<br>Austin, Texas 78701-2220 | Scott, Douglas & McConnico, L.L.P. Attor<br>303 Colorado Street<br>Suite 2400<br>Austin, TX 78701-4654 |
| Securities and Exchange Commission<br>Washington, DC 20549-0001 | Smart Materials, Inc.<br>1404 Wallisville Road<br>Liberty, TX 77575-9145 | Smart Oilfield Services LLC<br>PO Box 3002<br>Liberty, TX 77575-2102 |
| Spring Branch ISD L.A. Payton, Tax Asses<br>P.O. Box 19037<br>Houston, TX 77224-9037 | Spring Branch Independent School District<br>P.O. Box 19037<br>Houston, TX 77224-9037 | Stabil Drill Specialties, LLC Stabil Dri<br>Dept. 2162<br>P.O. Box 122162<br>Dallas, TX 75312-2162 |
| Stokes & Spiehler Offshore, Inc.<br>PO Box 52006<br>Lafayette, LA 70505-2006 | Streamline Production Systems Inc.<br>c/o Brian E Bro<br>3111 Wood Park<br>Sugar Land, TX 77479 | ~~Sun Coast Resources, Inc.~~<br>~~P. O. Box 202603~~<br>~~Dallas, TX 75320-2603~~ |
| Superior Energy Services LLC<br>Dept 2203<br>PO Box 122203<br>Dallas, TX 75312-2203 | Superior Vacuum Services, LLC<br>P.O. Box 320<br>Hardin, Texas 77561-0320 | TCEQ<br>P.O. Box 13089<br>Austin, TX 78711-3089 |
| THE HARTFORD<br>P. O. Box 660916<br>Dallas, TX 75266-0916 | Texas Commission on Environmental Quality<br>MC 132- Bankruptcy Program<br>PO Box 13087<br>Austin, Tx. 78711-3087 | Texas General Land Office<br>P.O. Box 12873<br>Austin, TX 78711-2873 |
| ~~Texas General Land Office~~<br>~~Petroleum and Minerals Division~~<br>~~1700 North Congress~~<br>~~Austin, TX 78701-1436~~ | ~~Texas Workforce Commission~~<br>~~Regulatory Integrity Division - SAU~~<br>~~Room 556~~<br>~~101 E. 15th Street~~<br>~~Austin, TX 78778-0010~~ | Trend Services Inc.<br>P.O. Box 747<br>Broussard, LA 70518-0747 |

| | | |
|---|---|---|
| Trinity Consultants<br>Attn: Christine Phillips<br>PO Box 972047<br>Dallas, TX 75397-2047 | Trinity Tubing Testers, Inc.<br>PO Box 581<br>Liberty, TX 77575-0581 | Triple S Steel Supply, LLC<br>PO Box 21119<br>6000 Jensen Dr<br>Houston, TX 77026-1113 |
| Twin Tank Co. Inc.<br>P.O. Box 1502<br>Stafford, TX 77497-1502 | U.S. Coast Guard Civil Penalties<br>P.O. Box 531112<br>Atlanta, GA 30353-1112 | ~~US Trustee~~<br>~~Office of the US Trustee~~<br>~~515 Rusk Ave~~<br>~~Ste 3516~~<br>~~Houston, TX 77002-2604~~ |
| UV Logistics LLC DBA United Vision Logistics<br>United Vision Logistics<br>PO Box 81008<br>Lafayette, LA 70598-1008 | UV Logistics LLC UNited Vision Logistics<br>P.O. Box 975357<br>Dallas, TX 75397-5357 | ~~United States Trustee's Office~~<br>~~515 Rusk St., Suite 3516~~<br>~~Houston, TX 77002-2604~~ |
| WR Production, LLC<br>7500 San Felipe Street<br>Suite 475<br>Houston, TX 77063-1786 | Weatherford, U.S., L.P.<br>PO Box 301003<br>Chase Bank of Texas<br>Dallas, TX 75303-1003 | Worldwide Power Products<br>5711 Brittmoore<br>Houston, TX 77041-5614 |
| ~~Wyatt Energy~~<br>~~3355 West Alabama Street~~<br>~~Houston, TX 77098-1717~~ | ~~David L Curry Jr~~<br>~~Okin & Adams, LLP~~<br>~~1113 Vine Street, Suite 201~~<br>~~Houston, TX 77002-1045~~ | ~~Rodney D Tow~~<br>~~Rodney Tow, PLLC~~<br>~~1122 Highborne Cay Court~~<br>~~Texas City, TX 77590-1403~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

~~O'Reilly Automotive, Inc.~~
~~PO Box 9464~~
~~Springfield, MO 65801-9464~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| ~~(u)Shadow Tree Capital Management LLC, as Age~~ | ~~(d)Galveston Bay Energy, LLC~~<br>~~800 Gessner Road, Suite 375~~<br>~~Houston, TX 77024-4608~~ | ~~(d)Peninsula Marine, Inc.~~<br>~~P.O. Box 501~~<br>~~Port Bolivar, TX 77650-0501~~ |
| ~~(d)Christopher Adams~~<br>~~Okin & Adams LLP~~<br>~~1113 Vine Street~~<br>~~Suite 201~~<br>~~Houston, TX 77002-1045~~ | ~~End of Label Matrix~~<br>~~Mailable recipients    134~~<br>~~Bypassed recipients      4~~<br>~~Total                  138~~ | |